MICHAEL S. LAWSON (SBN 048172)
City Attorney
MICHAEL G. VIGILIA (SBN 228353)
Senior Assistant City Attorney
CITY OF HAYWARD
777 B Street, 4th Floor
Hayward, CA 94541-5007
Tel: (510) 583-4450
Fax: (510) 583-3660
Michael.lawson@hayward-ca.gov
Michael.vigilia@hayward-ca.gov

Attorneys for Defendants
CITY OF HAYWARD, MARK KOLLER
PHILLIP WOOLEY, MICHAEL CLARK
TASHA DECOSTA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AG.G., a minor, by and through his guardian ad litem, JESSICA AQUINO; AR.G., a minor, by and through his guardian ad litem, JESSICA AQUINO; KARLA GONSALEZ, individually; and AUGUSTIN GONZALES JR., individually;<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF HAYWARD, a municipal corporation; MARK KOLLER, individually; PHILLIP WOOLEY, individually; MICHAEL CLARK, individually; TASHA DECOSTA, individually; and DOES 1-100, inclusive,<br><br>Defendant. | Case No. 4:19-cv-00697 DMR<br><br>*Assigned for All Purposes to Hon. Donna Ryu*<br><br>**DECLARATION OF MICHAEL VIGILIA IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT, OR ALTERNATIVELY SUMMARY ADJUDICATION OF ISSUES; MEMORANDUM OF POINTS AND AUTHORITIES. (Fed. R. Civ. P. 56)**<br><br>**HRG DATE:** 7/9/20<br>**TIME:**          1:00 p.m.<br>**DEPT:**          **Courtroom 4, Oakland Courthouse**<br><br>**AMENDED COMPLAINT FILED: 4/12/19**<br>**SERVED:**                                     **4/19/19**<br>**TRIAL DATE:**                            **10/5/20** |

I, MICHAEL VIGILIA, declare as follows:

1. I am an attorney in good standing and duly licensed to practice law in the State of California and before the United States District Court for the Northern District of California. I am employed by

the City of Hayward as an Assistant City Attorney and I am the attorney assigned to this matter. I have personal knowledge of the following facts and, if called and sworn as a witness, can testify competently thereto.

2. Attached hereto are true and correct copies of the following:

- Exhibit A - Excerpts from Deposition of Phillip Wooley.
- Exhibit B - Excerpts from Deposition of Michael Clark.
- Exhibit C - Excerpts from Deposition of Tasha DeCosta
- Exhibit D - Excerpts from Deposition of Christina Rodrigues.
- Exhibit E - Excerpts form Deposition of Jason Gillett.
- Exhibit F - Excerpts from Deposition of Mark Ormsby.
- Exhibit G - Excerpts form Deposition of Trevor Vonnegut.
- Exhibit H - Excerpts from Deposition of Chris McGiboney.

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct.

Executed this __4__ day of June, 2020 in Hayward, California.

By: _____

MICHAEL VIGILIA, Declarant