# Exhibit F

DEPOSITION OF LIEUTENANT MARK ORMSBY

```
                 IN THE UNITED STATES DISTRICT COURT

            IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

                             --oOo--

AG.G. a minor, by and through )
his guardian ad litem, JESSICA)
AQUINO; AR.G., a minor, by and)
through his guardian ad litem,)
JESSICA AQUINO; KARLA GONSALEZ)
individually; and AUGUSTIN    )
GONSALEZ, JR., individually,  )
                              )
               Plaintiffs,    )
                              )
          vs.                 )CASE NO.: 4:19-cv-00697 DMR
                              )
CITY OF HAYWARD, a municipal  )
corporation; MARK KOLLER,     )
individually; PHILLIP WOOLEY, )
individually; MICHAEL CLARK,  )
individually; TASHA DECOSTA,  )
individually; and DOES 1-100, )
inclusive,                    )
                              )
               Defendants.    )
_____)          CERTIFIED COPY



           DEPOSITION OF LIEUTENANT MARK ORMSBY - PMK

                 MONDAY, JANUARY 27, 2020







  REPORTED BY:  KELLY L. MCKISSACK, CSR #13430
```

1

BARBARA J. BUTLER & ASSOCIATES - Certified Court Reporters
1659 Scott Blvd., Suite 15, Santa Clara, CA 95050  -  (510) 83-BUTLER (28853) or (408) 248-BUTLER (2885)

DEPOSITION OF LIEUTENANT MARK ORMSBY

```
 1                    MARK ORMSBY,
 2      having been first duly sworn, testified as follows:
 3             THE WITNESS:  (TO OATH) I do.
 4
 5                    EXAMINATION
 6  BY MR. NISENBAUM:  Q.  Can you please state and spell
 7  your name.
 8        A.   Yes.  Mark Ormsby, M-A-R-K, O-R-M-S-B-Y.
 9        Q.   And what is your current occupation?
10        A.   Police officer.
11        Q.   It's my understanding that you're a
12  lieutenant; is that correct?
13        A.   Correct.
14        Q.   Okay.  And I'm going to -- well, I won't
15  attach it.  I'll just read it.  You've been produced by
16  the defense in connection with Plaintiffs' deposition
17  notice as a, "person most knowledgeable pursuant to FRCP
18  30(b)(6) regarding all policies, procedures and training
19  of Hayward Police Department officers in using
20  deescalations," misspelling there with the S, "tactics
21  against subjects who they are responding to."
22             Is that your understanding?
23        A.   Yes.
24        Q.   Okay.  And could you briefly -- and I think
25  your -- put you down twice.  In any event, sorry about
```

6

DEPOSITION OF LIEUTENANT MARK ORMSBY

```
 1   that.
 2        A.   That's all right.
 3        Q.   Can you briefly state the basis of your
 4   qualifications?
 5        A.   Sure.  I've been tasked around in 2015 to come
 6   up with a course that the Police Executive Research
 7   Forum was putting out.  It's called Integrating
 8   Communications and Tactics.  And there were six modules
 9   within this training.  And part of this training was
10   working with individuals that potentially had
11   emotionally disturbed behavior.
12             And so I worked through the training material
13   and presented the course over a period of three or four
14   months in 2016.  And then we've had some refresher
15   courses since then.
16        Q.   Have you presented the refresher courses as
17   well?
18        A.   I have.
19        Q.   So when you say you presented, you're
20   basically like the lead instructor?
21        A.   Correct.
22        Q.   All right.  And is every Hayward police
23   officer required to attend this course?
24        A.   They are.  One thing I'll note is that after
25   teaching this class I went to our personnel in training
```

7

DEPOSITION OF LIEUTENANT MARK ORMSBY

1   and suggested that we put at least an introductory block

2   to all of our in-house academy.  So anybody who either

3   is coming over as a lateral police officer or who

4   recently graduated from the academy is given a two-hour

5   block on this PowerPoint.

6       Q.    Right.

7       A.    But it's an abbreviated version of it.

8       Q.    I understand.  Now, James, can you get me a

9   stapler?

10          MR. COOK:  Oh, yeah.  Okay.  Got you.

11   BY MR. NISENBAUM:  Q.  Now, the training is that --

12   well, strike that.

13          Do you have any role in making policy at the

14   Hayward Police Department?

15      A.    Only in the sense that I've made

16   recommendations to our policy.  But not actually

17   drafting policy.

18      Q.    Okay.  Do you know whether or not the training

19   that's provided is required to be followed by police

20   officers?

21      A.    Yeah.  I mean, I guess I'd say yes.  You know,

22   it's kind of the standard.  And not policy, but there's,

23   like, our practice if that makes sense.

24      Q.    Okay.  In other words, you provide the

25   training and officers are required to follow the

8

**DEPOSITION OF LIEUTENANT MARK ORMSBY**

2

3     I hereby declare I am the deponent in the

4  within matter; that I have read the foregoing deposition

5  and know the contents thereof, and I declare that the

6  same is true of my knowledge except as to the matters

7  which are therein stated upon my information or belief,

8  and as to those matters, I believe them to be true.

9     I declare under the penalties of perjury of the

10  State of California that the foregoing is true and

11  correct.

12

13     Executed this _____ day of _____,

14  20__, at _____, _____.
      (City)         (State)

15

16

17    _____
    MARK ORMSBY

18

19       --o0o--

20

21

22

23

24

25

68

DEPOSITION OF LIEUTENANT MARK ORMSBY

1     STATE OF CALIFORNIA      )

2                              )   ss.

3     COUNTY OF ALAMEDA        )

4

5              I hereby certify that the witness, Mark
      Ormsby, in the foregoing deposition appeared before
6     me, Kelly McKissack, a Certified Shorthand Reporter and
      a disinterested person.

7
               Said witness was then and there at the time
8     and place previously stated by me placed under oath to
      tell the truth, the whole truth and nothing but the
9     truth in the testimony given on the date of the within
      deposition; that the deposition is a true record of the
10    witness' testimony as reported by me.

11             The testimony of the witness and all questions
      and remarks requested by Counsel was reported under my
12    direction and control, caused to be transcribed into
      typewritten form by means of Computer-Aided
13    Transcription.

14             I am a Certified Shorthand Reporter licensed
      by the State of California, and I further certify that I
15    am not interested in the outcome of the said action, nor
      connected with, nor related to any of the parties in
16    said action, nor to their respective counsel.  I am not
      of counsel or attorney for either or any of the parties
17    to the case named in the within caption.

18             IN WITNESS WHEREOF, I have hereunto affixed my
      signature this 10th day of February, 2020
19

20

21    ___/s/Kelly McKissack_____

22    Kelly McKissack
      Certified Shorthand Reporter
23    California License No. 13430

24

25                      --o0o--

                                                          69

**DEPOSITION OF LIEUTENANT MARK ORMSBY**

```
 1                          WITNESS LETTER

 2     TO:  Lt. Mark Ormsby                    Date: 03.06.20
            c/o Michael G. Vigilia, Sr. Asst. City Attorney
 3          CITY OF HAYWARD                    Depo: 01.27.20
            777 B Street                       Ref. #20012703A
 4          Hayward, CA  94541

 5     RE: AG.G...J.Aquino; K.Gonsalez v. City of Hayward, et al.

 6     Dear Lt. Ormsby:

 7          Please be advised that the transcript of your
       deposition taken in the above matter has been completed
 8     and is now available at this office for your reading and
       signing.
 9          Please contact our office between the hours of 9:30
       a.m. and 5:00 p.m. Monday-Friday, to schedule an
10     appointment.  Or, if you prefer, contact the attorney to
       review and sign the copy of your deposition under penalty
11     of perjury.
            Read the transcript making any changes necessary.
12     In making any changes, please use the following guide:
            1. DO NOT WRITE on the original transcript.
13          2. SIGN UNDER PENALTY OF PERJURY at the end of the
               Deposition on the Certificate of Witness Page.
14          3. List each change on the Deposition Errata Sheet
               following this page. Signature is required at
15             the bottom of the Errata Sheet.
            4. Forward the signed Certificate of Witness Page
16             and signed Errata Sheet in addition to a copy of
               this letter to:
17                  Barbara J. Butler & Associates
                    Certified Court Reporters
18                  P.O. Box 3508, Santa Clara, CA  95055
                    (510) 832-8853 or (408) 248-2885.
19          Upon receipt of items requested in this letter, I
       will forward copies of same to all Counsel.
20          In the event you have not reviewed you deposition
       within 35 days or by trial date, whichever is sooner, the
21     original transcript will be sealed pursuant to applicable
       laws and thereafter mailed to the deposing attorney.

22
                              Sincerely,
23
                              /s/Barbara J. Butler
24                            Barbara J. Butler, CSR

25     cc:  All Counsel

                                                           70
```