# Exhibit H

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

--o0o--

AG.G. a minor, by and through )
his guardian ad litem, JESSICA )
AQUINO; AR.G., a minor, by and )
through his guardian ad litem, )
JESSICA AQUINO; KARLA GONSALEZ )
individually; and AUGUSTIN     )
GONSALEZ, JR., individually,   )
                               )
          Plaintiffs,          )
                               )
     vs.                       ) CASE NO.: 4:19-cv-00697 DMR
                               )
CITY OF HAYWARD, a municipal   )
corporation; MARK KOLLER,      )
individually; PHILLIP WOOLEY,  )
individually; MICHAEL CLARK,   )
individually; TASHA DECOSTA,   )
individually; and DOES 1-100,  )
inclusive,                     )
                               )
          Defendants.          )
_____)        CERTIFIED COPY


DEPOSITION OF DET. CHRIS McGIBONEY - PMK

MONDAY, JANUARY 27, 2020




REPORTED BY:  KELLY L. MCKISSACK, CSR #13430

1

```
1    required to carry?
2         A.    On their person?
3         Q.    Or in their car.
4         A.    Oh, okay.  Both would be their OC pepper spray
5    as well as a Taser.
6         Q.    What about in their car?
7         A.    As patrol officers they won't have any other
8    impact munitions besides maybe a long baton.
9         Q.    And so -- and I'm sorry.  The less lethal
10   impact munitions that you're an expert in or that you
11   train in or what?
12        A.    That would be the 40-millimeter exact impact
13   launcher, the bean bag shotgun, as well as the FN303.
14        Q.    And the FN303, what is that?
15        A.    Pepper balls.
16        Q.    Okay.  And for each shift at the Hayward
17   Police Department is there -- is there a requirement
18   that those less lethal weapons that you just described
19   be made available to officers if they need them?
20        A.    Yes.
21        Q.    That means that someone who's qualified has to
22   be available on shift; is that right?
23        A.    All patrol officers are qualified.
24        Q.    All patrol officers are trained in the
25   40-millimeter, the bean bag gun and the pepper ball gun?
```

8

1    A.    Not the pepper ball gun.
2    Q.    Okay.  So all Hayward police officers are
3    qualified on the 40-millimeter and bean bag gun,
4    correct?
5    A.    Yes, sir.
6    Q.    How are they -- how are those weapons
7    distributed in a manner that they may be made available
8    for use if needed?
9    A.    They are carried in supervisor cars.
10   Q.    And what -- how are supervisors designated,
11   which supervisors?
12   A.    Sergeant vehicles.
13   Q.    And is that all sergeants?
14   A.    Yes, sir.
15   Q.    And in this case I think Sergeant DeCosta was
16   present at the scene.  Do you know if she carries those
17   weapons, the 40-millimeter and bean bag gun?
18   A.    Yes, sir.
19   Q.    Yes, she does?
20   A.    Yes.
21   Q.    And they would be in the trunk?
22   A.    I believe so.
23   Q.    And what about the pepper ball gun, does she
24   carry that too?
25   A.    No, sir.

9

**DEPOSITION OF DET. CHRIS McGIBONEY**

```
 1                    DECLARATION OF WITNESS
 2
 3             I hereby declare I am the deponent in the
 4       within matter; that I have read the foregoing deposition
 5       and know the contents thereof, and I declare that the
 6       same is true of my knowledge except as to the matters
 7       which are therein stated upon my information or belief,
 8       and as to those matters, I believe them to be true.
 9             I declare under the penalties of perjury of the
10       State of California that the foregoing is true and
11       correct.
12
13             Executed this _____ day of _____,
14       20__, at _____, _____.
                        (City)                    (State)
15
16
                     _____
17                   CHRIS McGIBONEY
18
19
20
21
22
23
24
25
                                                              23
```

**DEPOSITION OF DET. CHRIS McGIBONEY**

```
1    STATE OF CALIFORNIA    )
2                           )  ss.
3    COUNTY OF ALAMEDA      )
4
5           I hereby certify that the witness, Chris
     McGiboney, in the foregoing deposition appeared before
6    me, Kelly McKissack, a Certified Shorthand Reporter and
     a disinterested person.
7
            Said witness was then and there at the time
8    and place previously stated by me placed under oath to
     tell the truth, the whole truth and nothing but the
9    truth in the testimony given on the date of the within
     deposition; that the deposition is a true record of the
10   witness' testimony as reported by me.

11          The testimony of the witness and all questions
     and remarks requested by Counsel was reported under my
12   direction and control, caused to be transcribed into
     typewritten form by means of Computer-Aided
13   Transcription.

14          I am a Certified Shorthand Reporter licensed
     by the State of California, and I further certify that I
15   am not interested in the outcome of the said action, nor
     connected with, nor related to any of the parties in
16   said action, nor to their respective counsel.  I am not
     of counsel or attorney for either or any of the parties
17   to the case named in the within caption.

18          IN WITNESS WHEREOF, I have hereunto affixed my
     signature this 10th day of February, 2020
19

20

21   __/s/Kelly McKissack_____

22   Kelly McKissack
     Certified Shorthand Reporter
23   California License No. 13430

24

25                              --o0o--
```

24

```
 1                         WITNESS LETTER

 2    TO:  Det. Chris McGiboney                    Date: 03.06.20
           c/o Michael G. Vigilia, Sr. Asst. City Attorney
 3         CITY OF HAYWARD                         Depo: 01.27.20
           777 B Street                            Ref. #20012703B
 4         Hayward, CA  94541

 5    RE:  AG.G...J.Aquino; K.Gonsalez v. City of Hayward, et al.

 6    Dear Det. McGiboney:

 7         Please be advised that the transcript of your
      deposition taken in the above matter has been completed
 8    and is now available at this office for your reading and
      signing.
 9         Please contact our office between the hours of 9:30
      a.m. and 5:00 p.m. Monday-Friday, to schedule an
10    appointment.  Or, if you prefer, contact the attorney to
      review and sign the copy of your deposition under penalty
11    of perjury.
           Read the transcript making any changes necessary.
12    In making any changes, please use the following guide:
           1. DO NOT WRITE on the original transcript.
13         2. SIGN UNDER PENALTY OF PERJURY at the end of the
              Deposition on the Certificate of Witness Page.
14         3. List each change on the Deposition Errata Sheet
              following this page. Signature is required at
15            the bottom of the Errata Sheet.
           4. Forward the signed Certificate of Witness Page
16            and signed Errata Sheet in addition to a copy of
              this letter to:
17                 Barbara J. Butler & Associates
                   Certified Court Reporters
18                 P.O. Box 3508, Santa Clara, CA  95055
                   (510) 832-8853 or (408) 248-2885.
19         Upon receipt of items requested in this letter, I
      will forward copies of same to all Counsel.
20         In the event you have not reviewed you deposition
      within 35 days or by trial date, whichever is sooner, the
21    original transcript will be sealed pursuant to applicable
      laws and thereafter mailed to the deposing attorney.
22
                              Sincerely,
23
                              /s/Barbara J. Butler
24                            Barbara J. Butler, CSR

25    cc:  All Counsel
                                                              25
```