JOHN L. BURRIS, Esq./ State Bar #69888
BENJAMIN NISENBAUM, Esq./ State Bar #222173
LAW OFFICES OF JOHN L. BURRIS
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone:     (510) 839-5200
Facsimile:     (510) 839-3882

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AG. G. a minor, by and through his guardian ad litem, JESSICA AQUINO; AR. G., a minor, by and through his guardian ad litem, JESSICA AQUINO;   KARLA GONSALEZ, individually; and AUGUSTIN GONZALES JR.,  individually;<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF HAYWARD, a municipal corporation; MARK KOLLER, individually; PHILLIP WOOLEY, individually; MICHAEL CLARK, individually; TASHA DECOSTA, individually; and DOES 1-100, inclusive,<br><br>Defendants. | Case No. 4:19-cv-00697 DMR<br><br>**DECLARATION OF BENJAMIN NISENBAUM IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br><br>**Date:  July 9, 2020<br>Time:  1:00 p.m.<br>Courtroom: 4**<br><br><br> **Hon. Donna M. Ryu** |

**DECLARATION OF BENJAMIN NISENBAUM**

I, Benjamin Nisenbaum, hereby declare:

1.  I am one of the attorneys of record for the Plaintiffs. This declaration is submitted in support of Plaintiffs' Opposition to Defendants Motion for Summary Judgment.

2.  Attached hereto as Exhibit A is a true and correct copy of Defendant Phillip Wooley's body-cam video pertaining to the instant matter;

3.  Attached hereto as Exhibit B is a true and correct copy of relevant segments of the deposition of Defendant Phillip Wooley taken in the instant-matter, pertaining to the instant matter;

4.  Attached hereto as Exhibit C is a true and correct copy of selected pages from the Taser User Manuals for the X-2 and the X-26 models, pertaining to the instant matter;

5.  Attached hereto as Exhibit D is a true and correct copy of the Rule 26 Rebuttal report of Plaintiffs' videoforensic expert Gregg Stutchman, including its exhibits, pertaining to the instant matter;

6.  Attached hereto as Exhibit E is a true and correct copy of relevant portions of the deposition testimony of Defendant Michael Clark, pertaining to the instant matter;

7.  Attached hereto as Exhibit F is a true and correct copy of the Rule 26 Opening report of Plaintiffs' videoforensic expert Gregg Stutchman, with selected exhibits, pertaining to the instant matter;

8.  Attached hereto as Exhibit G is a true and correct copy of the OIS interview transcript of Defendant Wooley, produced by Defendants, pertaining to the instant matter;

9.  Attached hereto as Exhibit H is a true and correct copy of relevant portions of the deposition of Defendant Tasha DeCosta, pertaining to the instant matter;

10.  Attached hereto as Exhibit I is a true and correct copy of the Rule 26 Report of plaintiffs' police practices expert Roger Clark, pertaining to the instant matter;

11.  Attached hereto as Exhibit J is a true and correct copy of Defendant DeCosta's body-cam video, pertaining to the instant matter;

12.  Attached hereto as Exhibit K is a true and correct copy of the complete deposition of Defendants police practice expert Scott Seaman, pertaining to the instant matter;

13.  Attached hereto as Exhibit L is a true and correct copy of relevant portions of the deposition of Christina Rodrigues, pertaining to the instant matter;

14.  Attached hereto as Exhibit M is a true and correct copy of the OIS interview transcript of Defendant Michael Clark produced by Defendants, pertaining to the instant matter;

15.  Attached hereto as Exhibit N is a true and correct copy of relevant portions of the deposition of Defendants PMK deponent Lt. Mark Ormsby, pertaining to the instant matter;

16.  Attached hereto as Exhibit O is a true and correct copy of relevant portions of the deposition of Defendants PMK deponent Sgt. Faye Maloney, pertaining to the instant matter;

17.  Attached hereto as Exhibit  P is a true and correct copy of the Rule 26 expert report of Defendants retained expert Alexander Jason, pertaining to the instant matter;

18.  Attached hereto as Exhibit Q is a true and correct copy of the Internal Affairs report pertaining to the subject-incident (though marked "Highly Confidential", the parties have agreed it may be filed publicly).

19.  Attached hereto as Exhibit R is a true and correct printout of the webpage maintained by Defendant City: https://www.hayward-ca.gov/police-department/divisions/office-chief/internal-affairs-unit/internal-affairs-unit/critical-incident-community-briefing


I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct of my personal knowledge, except where stated on information and belief, and to those matters I am informed and believe them to be true. If called as a witness, I would competently testify to those matters stated herein.

Executed June 18, 2020, at Oakland, California.


/s/ *Benjamin Nisenbaum*
Ben Nisenbaum
Attorney for Plaintiffs