UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AG. G. a minor, by and through his guardian ad litem, JESSICA AQUINO; AR. G., a minor, by and through his guardian ad litem, JESSICA AQUINO;   KARLA GONSALEZ, individually; and AUGUSTIN GONZALES JR.,  individually;<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF HAYWARD, a municipal corporation; MARK KOLLER, individually; PHILLIP WOOLEY, individually; MICHAEL CLARK, individually; TASHA DECOSTA, individually; and DOES 1-100, inclusive,<br><br>Defendants. | Case No. 4:19-cv-00697 DMR<br><br>**DECLARATION OF BENJAMIN NISENBAUM IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br><br>Date:  July 9, 2020<br>Time:  1:00 p.m.<br>Courtroom: 4<br><br> Hon. Donna M. Ryu |

# EXHIBIT A

Declaration of Benjam Nisenbaum in support of Plaintiffs' Opposition to Defendants' Motion for Summary Judgment 1
GONSALEZ, et al. v. CITY OF HAYWARD, et al.

