UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AG. G. a minor, by and through his guardian ad litem, JESSICA AQUINO; AR. G., a minor, by and through his guardian ad litem, JESSICA AQUINO;   KARLA GONSALEZ, individually; and AUGUSTIN GONZALES JR.,  individually;<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF HAYWARD, a municipal corporation; MARK KOLLER, individually; PHILLIP WOOLEY, individually; MICHAEL CLARK, individually; TASHA DECOSTA, individually; and DOES 1-100, inclusive,<br><br>Defendants. | Case No. 4:19-cv-00697 DMR<br><br>**DECLARATION OF BENJAMIN NISENBAUM IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br><br>**Date:  July 9, 2020<br>Time:  1:00 p.m.<br>Courtroom: 4**<br><br><br> **Hon. Donna M. Ryu** |

# EXHIBIT M

1
2
3
4
5
6
7 **INTERVIEW WITH OFC. MICHAEL CLARK**
8 **Q=Det. Robert Purnell**
9 **Q1=Det. Eric Mulhern**
10 **Q2=Atty. Harry Stern**
11 **Q3=DA Insp. Caesar Basa**
12 **Q4=DDA Autrey James**
13 **A=Ofc. Michael Clark**
14
15
16 Q:        Officer Clark, you can sit next to your attorney, please.
17
18 A:        Okay. I'm sorry.
19
20 Q:        The members of the District Attorney's Office can sit there. All right. For the
21           audio recording it is 11/18/2018, approximately 1509 hours or pm, in the
22           afternoon. If we could start by going around the room. I'm Detective Robert
23           Purnell and this is the officer-involved shooting interview of Officer Clark.
24
25 Q1:       Detective Mulhern, Hayward PD, Investigations Bureau.
26
27 A:        Officer Clark, Hayward PD, Patrol Division.
28
29 Q2:       I'm Harry Stern, I'm a lawyer with Raines, Lucia, Stern, and I'm here
30           representing Officer Clark.
31
32 Q3:       Inspector Basa with the Alameda County District Attorney's Office.
33
34 Q4:       Deputy District Attorney Autrey James, Alameda County District Attorney's
35           Office.
36
37 Q:        All right. So Officer Clark, the first thing I'm gonna go over is a, uh,
38           Interview Admonishment form. I believe you, uh, probably already gone over
39           this with your attorney. Um, I'm gonna kind of, uh, talk as I fill this form out,
40           and then I will read it and get your signature on it, so. For the, uh, again, for
41           the purpose of the audio recording, um, report number is 2018-94542, uh,
42           today's date 11/18/2018, um, I will be putting myself as the investigator. Um,
43           all right. Officer Clark, you are represented here at this interview by your
44           attorney, Harry Stern. You are not in custody and you are free to conclude the
45           interview at any time. You are not obligated to answer any questions. Any



| 46 | | answers you do give may be used in a court of law. Having this in mind, do |
| 47 | | you wish to voluntarily proceed with the interview? |
| 48 | | |
| 49 | A: | Yes. |
| 50 | | |
| 51 | Q: | All right. So Officer Clark, I'm gonna have you sign if you would, please, um, |
| 52 | | where it says signature of officer. Mr. Stern, if you would sign below him, |
| 53 | | please. |
| 54 | | |
| 55 | Q2: | I sure will. |
| 56 | | |
| 57 | Q: | And I will be signing as the investigator. So, uh, Officer Clark, um, kind of |
| 58 | | how the interview (unintelligible) what we're gonna do is I'm gonna go |
| 59 | | through a series of, uh, kind of preliminary questions about you, uh, your |
| 60 | | background, training and such of things. We'll go into a little bit about, uh, |
| 61 | | your uniform, the, uh, firearm that you carry. From there we'll, uh, go into a |
| 62 | | little bit about your - the vehicle you were driving, some, uh, questions about |
| 63 | | the scene, uh, where this occurred. From there we'll have you do a - a free |
| 64 | | narrative of the event. I'll do my best not to, uh, interrupt you as you go, um, |
| 65 | | so I'll just have you describe, you know, how you responded, um, you know, |
| 66 | | where you came from, what you were aware of, um, the radio traffic and such |
| 67 | | things, and then what actually occurred once you, uh, go on scene. Um, |
| 68 | | Detective Mulhern and I will probably, uh, go back over that and ask you |
| 69 | | some questions, I do have a couple of maps of the area that will probably, uh, |
| 70 | | kind of reference those types of things. From there we'll take a break, um, see |
| 71 | | if there's anything we need to follow up, uh, with you on, we'll come back, |
| 72 | | ask those questions. From there we'll turn it over to the members of the |
| 73 | | District Attorney's Office for any questions they may have, and then we will, |
| 74 | | um, uh, pass it over to Mr. Stern for anything that he may have. Um, if you |
| 75 | | need to take a break, use the restroom, anything like that, please let myself or, |
| 76 | | uh, Mr. Stern know, we can certainly accommodate that I'm sure. |
| 77 | | |
| 78 | A: | Okay, thanks. |
| 79 | | |
| 80 | Q: | All right. Um, so we'll start - if you can just, uh, state your name and spell it |
| 81 | | with your badge number, please. |
| 82 | | |
| 83 | A: | My name is Michael Clark, M-I-C-H-A-E-L, C-L-A-R-K, badge number 315. |
| 84 | | |
| 85 | Q: | And what is your date of hire with the Hayward Police Department? |
| 86 | | |
| 87 | A: | It was in, uh, I want to say July or so of, uh, 2009. |
| 88 | | |
| 89 | Q: | Did you have any experience, um, any other law enforcement experience prior |
| 90 | | to the Hayward Police Department? |

| | | |
|---|---|---|
| 91 | | |
| 92 | A: | Yeah, I worked for the, uh, Stockton Police Department for just under two |
| 93 | | years before this. |
| 94 | | |
| 95 | Q: | And that was as a sworn police officer? |
| 96 | | |
| 97 | A: | Yes. |
| 98 | | |
| 99 | Q: | Any other law enforcement experience or, uh, military experience prior to... |
| 100 | | |
| 101 | A: | Yes, I was in the Marines for four years. |
| 102 | | |
| 103 | Q: | What did you do in the Marine Corps? |
| 104 | | |
| 105 | A: | Um, I was, uh, an administrator in the Marine Corps. |
| 106 | | |
| 107 | Q: | Did you, uh, serve overseas, any combat time? |
| 108 | | |
| 109 | A: | Yes, I was, uh, did one combat tour in Iraq. |
| 110 | | |
| 111 | Q: | Uh, do you remember about what year that was? |
| 112 | | |
| 113 | A: | Yeah, it was in, um, 2002 to 2003-ish. |
| 114 | | |
| 115 | Q: | Okay. Um, on the day of the incident what was your unit designation or call |
| 116 | | sign? |
| 117 | | |
| 118 | A: | I was David 34. |
| 119 | | |
| 120 | Q: | And does David 34 kind of, um, reference the area of town that you work and |
| 121 | | the - and the shift that you work? |
| 122 | | |
| 123 | A: | Correct. Uh, the David aspect is - represents the beat - the David beat. Um, |
| 124 | | and then 34, it's, uh - uh, I don't know why they came up with that |
| 125 | | designation, but the three in there indicates third watch or graveyards. |
| 126 | | |
| 127 | Q: | Uh, can you just kind of reference where the David beat is in the city of |
| 128 | | Hayward? |
| 129 | | |
| 130 | A: | Sure. It's on the, uh, northwest part of town. |
| 131 | | |
| 132 | Q: | And when you mentioned the graveyard shift, what - what are the actual hours |
| 133 | | that you work for that? |
| 134 | | |
| 135 | A: | 6:00 pm to 6:30 am. |

INTERVIEW WITH OFC. MICHAEL CLARK
Interviewer: Det. Robert Purnell
11-18-18/3:09 pm
Case # 2018-94542
Page 4

| | | |
|---|---|---|
| 136 | | |
| 137 | Q: | Are those your normal hours or does that change? |
| 138 | | |
| 139 | A: | It changes. |
| 140 | | |
| 141 | Q: | And what are your normal, uh, shift hours that you work in a workweek? |
| 142 | | |
| 143 | A: | Uh, Tuesday I work 6:00 am to 6:30 pm, on Wednesday I work, uh, 1:30 pm |
| 144 | | to 2:00 in the morning, and on Thursday I work 6:00 pm to 6:30 am Friday |
| 145 | | morning. |
| 146 | | |
| 147 | Q: | Is there a team or an assignment that you, uh, are given that works those |
| 148 | | hours? |
| 149 | | |
| 150 | A: | Yes, I work for - or I work on Team 7. |
| 151 | | |
| 152 | Q: | And so that team's, uh, days and hours fluctuate, is that correct? |
| 153 | | |
| 154 | A: | Correct. |
| 155 | | |
| 156 | Q: | Okay. Uh, who are your supervisors on that team? |
| 157 | | |
| 158 | A: | Uh, Sergeant Neula and Sergeant (Vonnegut), and, uh, Lieutenant (Dorn) is |
| 159 | | Watch Commander. |
| 160 | | |
| 161 | Q: | Were all of those supervisors president - present on the night of this incident? |
| 162 | | |
| 163 | A: | Um, Lieutenant (Dorn) was not, Sergeant Neula was not. Um, Sergeant |
| 164 | | (Vonnegut) was. |
| 165 | | |
| 166 | Q: | And who is responsible out of the supervisors for the north end of town? |
| 167 | | |
| 168 | A: | Sergeant (Vonnegut). |
| 169 | | |
| 170 | Q: | Any other supervisors working that night? |
| 171 | | |
| 172 | A: | Uh, Lieutenant, um, uh, (Cory) Linteo. |
| 173 | | |
| 174 | Q: | Have you attended or received any specialized training? |
| 175 | | |
| 176 | A: | Yes. |
| 177 | | |
| 178 | Q: | Okay. Could you just, uh, just go over the specialized training that you have |
| 179 | | received? |
| 180 | | |

HAY000672

| 181 | A: | Uh, Field Training Officer. Um, I was in Stockton, uh, partially assigned to |
| 182 | | the Gang Investigation Unit for a short time before I left. Uh, just, uh, stuff of |
| 183 | | that nature throughout my career. |
| 184 | | |
| 185 | Q: | Did you receive any specialized training in the Marine Corps? |
| 186 | | |
| 187 | A: | Yes. |
| 188 | | |
| 189 | Q: | Can you just describe that for us, please? |
| 190 | | |
| 191 | A: | Sure. Uh, I received extensive, um, hand to hand combat training, um - um, |
| 192 | | Marine Corps Martial Arts program. Uh, received firearms instruction, um, |
| 193 | | rifle, uh, in particular, uh, various weapons that we u- utilized in, uh, the |
| 194 | | Marines, and, uh, just regular other Marine Corps training, just going to |
| 195 | | qualification with gas mask, you know, NBC, all that kind of stuff. |
| 196 | | |
| 197 | Q: | Would you, uh, reference to Field Training Officer, what are your |
| 198 | | responsibilities as a Field Training Officer? |
| 199 | | |
| 200 | A: | Um, I'm responsible for training, mentoring, and, um, shaping newly trained |
| 201 | | Marine - or, uh, police officers from out of the academy, showing them how |
| 202 | | to become a - a - a - an officer that's competent and able to work on their |
| 203 | | own on the streets. |
| 204 | | |
| 205 | Q: | And the Gang Investigation Unit that you referenced in Stockton, what were |
| 206 | | your responsibilities with that? |
| 207 | | |
| 208 | A: | I was just kind of a - a - a trainee at that point. I wasn't really assigned, um, |
| 209 | | any rank or titles in there. I was kind of learning the ways of, uh, what |
| 210 | | detectives do in the gang investigation at that particular point. I was basically, |
| 211 | | um, documenting gang members, um, you know, entering with the - to their |
| 212 | | database as - as they, uh, saw fit. |
| 213 | | |
| 214 | Q: | Was that a, uh, uniformed or plainclothes assignment? |
| 215 | | |
| 216 | A: | It was a plainclothes assignment. |
| 217 | | |
| 218 | Q: | Did you actually work outside the office doing suppression or investigations, |
| 219 | | or was it mainly just... |
| 220 | | |
| 221 | A: | Just in... |
| 222 | | |
| 223 | Q: | ...documenting what you talked about? |
| 224 | | |
| 225 | A: | Just - yes, just documenting. |

HAY000673

| | | |
|---|---|---|
| 226 | | |
| 227 | Q: | Have you been assigned - I know you - you referenced the Gang Unit - but in |
| 228 | | addition, have you been assigned any specialized units, uh, our, uh, Hayward |
| 229 | | Police Department's Gang Unit, Narcotics, the, uh, Special Response Unit, uh, |
| 230 | | School Resource Officer, anything like that? |
| 231 | | |
| 232 | A: | Nope. |
| 233 | | |
| 234 | Q: | When's the last shift that you worked prior to the shift of the incident? |
| 235 | | |
| 236 | A: | Uh, Wednesday swing shift, 1:30 to 2:00 am. |
| 237 | | |
| 238 | Q: | Do you work any secondary jobs or did you work any extended hours on that |
| 239 | | Wednesday? |
| 240 | | |
| 241 | A: | No and no. |
| 242 | | |
| 243 | Q: | Had you consumed any alcoholic beverages pr- in the previous 24 hours to the |
| 244 | | incident shift? |
| 245 | | |
| 246 | A: | Yes, I had a beer after work on, uh, Wednesday, and then, uh, (unintelligible) |
| 247 | | Friday morning. |
| 248 | | |
| 249 | Q: | Just a single like 12-ounce beer? |
| 250 | | |
| 251 | A: | Just - yes - yes. |
| 252 | | |
| 253 | Q: | And that was immediately following your shift on Wednesday? |
| 254 | | |
| 255 | A: | Uh, it was in the morning, about 9 o'clock. |
| 256 | | |
| 257 | Q: | Do you have any medical conditions that would impact your judgment or |
| 258 | | physical abilities? |
| 259 | | |
| 260 | A: | No. |
| 261 | | |
| 262 | Q: | Uh, when's the last time that you slept prior to the, um, incident shift? |
| 263 | | |
| 264 | A: | That evening, after work. |
| 265 | | |
| 266 | Q: | Uh, can you just provide for us how long or a duration? |
| 267 | | |
| 268 | A: | About five hours, six hours. |
| 269 | | |
| 270 | Q: | Did you receive any injuries as a result of this incident? |

HAY000674

Case 4:19-cv-00697-DMR    Document 73-13    Filed 06/18/20    Page 8 of 42

INTERVIEW WITH OFC. MICHAEL CLARK
Interviewer: Det. Robert Purnell
11-18-18/3:09 pm
Case # 2018-94542
Page 7

| | | |
|---|---|---|
| 271 | | |
| 272 | A: | No. |
| 273 | | |
| 274 | Q: | Do you wear glasses or contacts? |
| 275 | | |
| 276 | A: | I wear contacts. |
| 277 | | |
| 278 | Q: | Did - were you wearing those contact lenses on the night of the incident? |
| 279 | | |
| 280 | A: | Yes, sir. |
| 281 | | |
| 282 | Q: | Do you have any other vision problems? |
| 283 | | |
| 284 | A: | No. |
| 285 | | |
| 286 | Q: | What class uniform were you wearing on the night of the incident? |
| 287 | | |
| 288 | A: | I was wearing a Class B uniform, which is a PDU, I believe is what they call |
| 289 | | 'em. |
| 290 | | |
| 291 | Q: | Were you photographed in that uniform? |
| 292 | | |
| 293 | A: | Yes, sir, I was. |
| 294 | | |
| 295 | Q: | Do you wear your ballistic vest, um, as an external carrier or inside your |
| 296 | | uniform shirt? |
| 297 | | |
| 298 | A: | Inside my uniform. |
| 299 | | |
| 300 | Q: | Moving down to your duty belt, if you start at the center of your belt, work |
| 301 | | around your right side, behind your back, through your left side, back to the, |
| 302 | | um, center of your belt, could you start with the equipment that's on your |
| 303 | | belt? |
| 304 | | |
| 305 | A: | Sure. From right to the left, ah, from right to behind - behind my body, I have |
| 306 | | my handcuff case, double-handcuff case, um, followed by a, um, I believe it's |
| 307 | | just my, uh, pistol on my right, and behind that I have, uh, pepper spray, then |
| 308 | | in the back I have a flashlight, and then on my left side I have, um, a baton |
| 309 | | ring, uh, my radio, and then I have a magazine pouch. It's in front that you |
| 310 | | wrap around. |
| 311 | | |
| 312 | Q: | How many magazines do you carry in that pouch? |
| 313 | | |
| 314 | A: | Two. |
| 315 | | |

HAY000675

Case 4:19-cv-00697-DMR   Document 73-13   Filed 06/18/20   Page 9 of 42

INTERVIEW WITH OFC. MICHAEL CLARK
Interviewer: Det. Robert Purnell
11-18-18/3:09 pm
Case # 2018-94542
Page 8

| | | |
|---|---|---|
| 316 317 | Q: | Were you wearing a body-worn camera? |
| 318 319 | A: | Yes, I was. |
| 320 321 | Q: | Did you activate it during this incident? |
| 322 323 | A: | I did. |
| 324 325 | Q: | Was there any damage to your uniform or equipment during the incident? |
| 326 327 | A: | Uh, no damage. My boots got collected but there's no damage to anything. |
| 328 329 | Q: | Um, are you issued or do you carry a, um, department Taser? |
| 330 331 332 | A: | Oh, I'm sorry, yes. I - I forgot about the Taser. That's, uh, on my left side as well by my radio pouch. |
| 333 334 335 | Q: | And then to a little bit about the firearm that you carry. Uh, what is the make and mod- and model of that firearm? |
| 336 337 | A: | It's a Sig Sauer P320, 9 millimeter. |
| 338 339 | Q: | Is that a department-issued gun? |
| 340 341 | A: | Yes, it is. |
| 342 343 344 | Q: | Are there any special modifications to the sights or a flashlight, anything to the grips itself? |
| 345 346 | A: | No, nothing at all. |
| 347 348 | Q: | The ammunition that you had in your firearm, was that department issued? |
| 349 350 | A: | Yes, sir. |
| 351 352 | Q: | Do you know the number of rounds that were in the magazine in the weapon? |
| 353 354 | A: | 17 in the magazine and one in the chamber. |
| 355 356 357 | Q: | And how many rounds go in the magazine that you carry on your duty belt in addition? |
| 358 359 | A: | That is 17 as well, each. |
| 360 | Q: | What was the last qualification date? |

| | | |
|---|---|---|
| 361 | | |
| 362 | A: | Um, gee, let's see, last month I think. |
| 363 | | |
| 364 | Q: | Um, in addition to the department-issued firearm that you had, were you |
| 365 | | carrying any backup weapons or knives? |
| 366 | | |
| 367 | A: | No. Um, I have a knife, I'm sorry, in my vest but no - no gun, no backup gun. |
| 368 | | |
| 369 | Q: | Can you describe the knife that you carry that's in your vest? |
| 370 | | |
| 371 | A: | Sure, it's a, uh, just a pocketknife. It's, um, foldable and, uh, I have that, um, |
| 372 | | in the little, uh, belt clip that I fasten to the inside of my vest. |
| 373 | | |
| 374 | Q: | No other backup weapon? |
| 375 | | |
| 376 | A: | No. |
| 377 | | |
| 378 | Q: | Uh, what was the vehicle number, make and model that you were driving the |
| 379 | | night of the incident? |
| 380 | | |
| 381 | A: | It was a Ford Explorer. It was, uh, vehicle number 275, I believe. |
| 382 | | |
| 383 | Q: | Is that your - the vehicle that you normally drive? |
| 384 | | |
| 385 | A: | No. |
| 386 | | |
| 387 | Q: | Is that a fully marked, uh, Hayward Police vehicle? |
| 388 | | |
| 389 | A: | Yes. |
| 390 | | |
| 391 | Q: | Can you just describe the markings on it and the, uh... |
| 392 | | |
| 393 | A: | Sure. |
| 394 | | |
| 395 | Q: | ...emergency equipment? |
| 396 | | |
| 397 | A: | It's a black and white with, uh, fully marked doors with Hayward Police |
| 398 | | Department insignia on it. Uh, it says Hayward Police Department on the |
| 399 | | back, ah, and it's got a light bar, and, uh, emergency sirens, all of which were |
| 400 | | working at the time of the - the shift. |
| 401 | | |
| 402 | Q: | Is that light bar mounted, um, on the exterior? |
| 403 | | |
| 404 | A: | Yes. |
| 405 | | |

| 406 407 408 | Q: | Did you activate the emergency lights or siren, um, while responding to or actually on the scene itself? |
|---|---|---|
| 409 410 | A: | Yes, I did, the, uh, emergency lights. |
| 411 412 | Q: | When did you activate the emergency lights? |
| 413 414 | A: | Um, at the intersection of Whitman and Jackson. |
| 415 416 | Q: | Just to go through the intersection or did you leave them on? |
| 417 418 | A: | No, just, uh, for that, clearing that one intersection. |
| 419 420 | Q: | Okay. Did you activate the light at all when you arrived on scene? |
| 421 422 423 | A: | Um, I - I don't recall, no. If I did it would have been just to put on my back lights to warn cars that I was there, but I don't recall if I did that or not. |
| 424 425 | Q: | Did you activate, uh, spotlights or anything... |
| 426 427 | A: | Yes. |
| 428 429 | Q: | ...when you're on the scene? |
| 430 431 | A: | I had a spotlight on. |
| 432 433 | Q: | Uh, the driver's side, passenger side or both? |
| 434 435 | A: | Driver's side. |
| 436 437 | Q: | Okay. Were you the only officer in that vehicle? |
| 438 439 | A: | Yes. |
| 440 441 | Q: | Did not have a ride along? |
| 442 443 | A: | Correct. |
| 444 445 446 | Q: | We're gonna, ah, go from there to just kind of scene conditions. Can you describe the location of the shooting? |
| 447 448 449 450 | A: | Yeah, it was, uh, in mid-block O'Neil, um, which is a city street that has, uh, residential homes as well as a well-known apartment complex in the area, uh, just down the street from the incident. |

HAY000678



451 Q:     What was the weather conditions that day?

453 A:     Um, it was clear, um, it was like normal temperature, it wasn't cold, it wasn't
454        hot. It was, um, the air condition was pretty bad from the smokes from the
455        fires.

457 Q:     Can you describe the lighting conditions at the scene?

459 A:     Um, it was a dark street. Um, it is, uh, the street does have, um, streetlights,
460        but I recall it being illuminated more or less by headlights and spotlight.

462 Q:     Um, in addition to street lighting, is there any residences or businesses or such
463        that have any type of artificial light?

465 A:     Yeah, there's, uh, some of the residents have street - oh, I'm sorry, uh, porch
466        lights.

468 Q:     All right. So we've come to the point, um, like I discussed earlier about kind
469        of the prenarrative of the event. So if you can start by just describing for us,
470        um, how you became aware of this incident, where you responded from, how
471        you kind of got there. Um, obviously anything that you remember about radio
472        traffic or, um, dispatch information, um, obviously once you arrive on scene
473        what kind of transpires from there and then, uh, obviously walk through the
474        incident itself.

476 A:     Sure. Um, it was roughly around 9 o'clock. Um, I was parked, um, underneath
477        the, uh, overpass at the dead end of Review Way. Uh, the call came out, it was
478        a single beep, a tone, which basically our dispatchers use to bring to our
479        attention that there's a significant incident in progress. Um, then I heard
480        dispatch, uh, advise that there was a Hispanic male with a knife, um,
481        threatening people on, um, O'Neil and Orchard area. So being that half of our
482        team was gone that day, we had a lot of overtimers on the shift, I attached to
483        the call, uh, to go help out in any way I could, and so I responded from
484        Review and I drove, uh, drove normally, uh, and then I got to Jackson and
485        Whitman, wanted to make sure I got there, so I turned my - activated my
486        emergency lights to clear the intersection. I drove, um, uh, I went eastbound
487        on Jackson. I hooked a right going southbound onto Silva. From Silva it
488        comes into - it kind of dead ends into, uh, Sycamore, so I - I had hooked a left
489        on Sycamore, and then, uh, a right onto Whitman. From Whitman to Mardie,
490        and Mardie takes you to Joanne, Joanne to Orchard, and then right there is the
491        intersection of Orchard and, uh, and, um, O'Neil. And then, uh, after I got to
492        the - to the intersection of O'Neil and Orchard, um, I heard Sergeant DeCosta,
493        uh, and Officer Wooley say they were getting flagged down, um, and Sergeant
494        DeCosta put out like the name of the apartment complex, uh, on O'Neil, but
495        I'm not familiar with the numbers off the top of my head. So I, uh, went



Case 4:19-cv-00697-DMR   Document 73-13   Filed 06/18/20   Page 13 of 42

INTERVIEW WITH OFC. MICHAEL CLARK
Interviewer: Det. Robert Purnell
11-18-18/3:09 pm
Case # 2018-94542
Page 12

| 496 | | northbound onto O'Neil. I drove, I saw a police car parked along the side of |
|---|---|---|
| 497 | | the road and - and (unintelligible) was in it. Um, then as I get to, uh, another |
| 498 | | police car, I believe it was Officer Wooley's, um, that's when I - I get out of |
| 499 | | the car and I see, um, Officer Wooley off to my left, and then I see, uh, I don't |
| 500 | | - I didn't see Sergeant DeCosta. I don't know where she was at that particular |
| 501 | | point. I know she was there but I didn't - like I don't remember where she was |
| 502 | | in proximity to us. Um, as I get out of my car I start walking towards the front |
| 503 | | of Officer Wooley's car, and that's when I see, um, uh, a gentleman wearing a |
| 504 | | red and black, uh, like Pendleton, um, walking at - with a methodical - at a |
| 505 | | methodical pace, like, uh, just walking with - towards Officer Wooley with his |
| 506 | | hand extended out. Um, and so therefore, uh, I believed that he was - and I |
| 507 | | heard Officer Wooley telling me that - "Put down the knife, put down the |
| 508 | | knife." He sh- he told us that he had a knife, um, and so after the guy was |
| 509 | | approaching Officer Wooley, I believed that Officer Wooley's life was in |
| 510 | | danger, and so I delivered, uh, two rounds I believe and stopped threat, and |
| 511 | | then, uh, from there, I went and, uh, put him in handcuffs, and then Officer |
| 512 | | Gillett took over and, uh, and, uh, rendered medical aid until fire department |
| 513 | | and police, uh, um, paramedics were coming in and continue, uh, medical |
| 514 | | procedures. |
| 515 | | |
| 516 | Q: | All right. So, ah, you went over a lot so we're gonna kind of go back and |
| 517 | | break it down from there. So you said it was about, uh, 9 o'clock at night, so |
| 518 | | 2100 hours? |
| 519 | | |
| 520 | A: | Correct. |
| 521 | | |
| 522 | Q: | And then you said you were at the dead end of Review and then you heard a |
| 523 | | beep tone? |
| 524 | | |
| 525 | A: | Yeah. |
| 526 | | |
| 527 | Q: | And you described that as a significant incident. For somebody's who's not |
| 528 | | aware, could you just describe what you would reference as a significant |
| 529 | | incident? |
| 530 | | |
| 531 | A: | Sure. When dispatch tones us, um, and gives us that beep, so to speak, it's to |
| 532 | | bring it to the police officer's attention that there's a significant attempt, like a |
| 533 | | robbery or stabbing or shooting or something that requires immediate |
| 534 | | attention. |
| 535 | | |
| 536 | Q: | Could that be referred to as like a priority incident? |
| 537 | | |
| 538 | A: | Absolutely. |
| 539 | | |
| 540 | Q: | Okay. And then you noted that the initial dispatch was a Hispanic male with a |

HAY000680

INTERVIEW WITH OFC. MICHAEL CLARK
Interviewer: Det. Robert Purnell
11-18-18/3:09 pm
Case # 2018-94542
Page 13

| 541 | | knife? |
| 542 | | |
| 543 | A: | Correct. |
| 544 | | |
| 545 | Q: | Do you recall anything else about what was being said in regards to the, uh, |
| 546 | | the call that was coming out? |
| 547 | | |
| 548 | A: | Just that he was, uh, out on foot on the street, and he was, uh, walking around |
| 549 | | threatening people with a knife. |
| 550 | | |
| 551 | Q: | In your mind when you hear that somebody's threatening somebody with a |
| 552 | | knife, um, how did that change your response to the incident? |
| 553 | | |
| 554 | A: | Um, that it ups the ante because like it - it requires a - a response or we're |
| 555 | | getting there in a hurry, you know what I'm saying, we're - we're radio - |
| 556 | | monitoring the radio. Um, it's - it's a necessary thing to get there in a timely |
| 557 | | manner, basically. |
| 558 | | |
| 559 | Q: | In addition to being threatened with a knife, were you made aware of or was |
| 560 | | there any talk of somebody actually being harmed with the knife itself? |
| 561 | | |
| 562 | A: | No, not that I can recall at the, uh, at the - the original dispatch. |
| 563 | | |
| 564 | Q: | Okay. Was there any description besides, "Hispanic male with a knife," given |
| 565 | | out? |
| 566 | | |
| 567 | A: | I believe they gave a - a clothing description, um, Hispanic male with blue |
| 568 | | jeans and, um, I believe they said red color shirt. |
| 569 | | |
| 570 | Q: | Was the knife ever described in the radio dispatch? |
| 571 | | |
| 572 | A: | Not that I can recall. |
| 573 | | |
| 574 | Q: | Was it ever referenced as anything other than a knife? |
| 575 | | |
| 576 | A: | Not that I can recall. |
| 577 | | |
| 578 | Q: | You noted that you attached - can you just describe for us what attached |
| 579 | | means? |
| 580 | | |
| 581 | A: | Sure. Um, attached basically means that I wasn't initially dispatched, being |
| 582 | | called over the radio. Um, so - but like I said because our team was more or |
| 583 | | less - there was three regular Team 7 members on the team that particular |
| 584 | | night, so to avoid, um, one of my beat partners that was working overtime had |
| 585 | | to take some, um, significant paper, perhaps I attached to it meaning, um, I - |

HAY000681



| | | |
|---|---|---|
| 586 | | there was a call created and obviously it got dispatched, and then I used my |
| 587 | | computer and I just attached to it. I don't know how to explain it. I just |
| 588 | | basically - you can attach to your call, and so I - I attached to this one, and I |
| 589 | | started heading to the scene. |
| 590 | | |
| 591 | Q: | So when you say attached, the computer allows you to tell the dispatcher |
| 592 | | through the computer that you're en route to that call? |
| 593 | | |
| 594 | A: | Correct. |
| 595 | | |
| 596 | Q: | Okay. |
| 597 | | |
| 598 | Q1: | Self dispatch? |
| 599 | | |
| 600 | A: | Self dispatch. |
| 601 | | |
| 602 | Q: | So you described your, uh, your route, um, that you went. Um, as you're |
| 603 | | responding, is anything else being put out about this call over the radio? |
| 604 | | |
| 605 | A: | Yeah, it was just that he - there - it was continuing that this guy was still out |
| 606 | | and he had a knife - well, it was a - I don't recall the - the details but I |
| 607 | | remember that it was - in my mind I'm thinking this is significant, this guy's |
| 608 | | been out here for a while now, you know, and so, uh, it was, uh, it was an |
| 609 | | ongoing situation, so... |
| 610 | | |
| 611 | Q: | What's kind of your thought process there? Are you preparing tactics or are |
| 612 | | you concerned about anyone being harmed as you're responding to this |
| 613 | | incident? |
| 614 | | |
| 615 | A: | Yeah, absolutely. I'm - I'm concerned for the public, I'm concerned for my |
| 616 | | partners that are gonna be there, if they get there before me. Um, so just, you |
| 617 | | know, anytime you get a call with, ah, someone armed with a knife, I - I think |
| 618 | | it naturally - it bugs some kind of degree of, um, fear for the public, fear for |
| 619 | | the, you know, safety of anyone in that sense. |
| 620 | | |
| 621 | Q: | And why would you be concerned about safety with a knife reference? |
| 622 | | |
| 623 | A: | Because you can get stabbed, you can get hurt. You know, citizens can get |
| 624 | | hurt. |
| 625 | | |
| 626 | Q: | In your training and experience as a police officer, did you respond to |
| 627 | | anything involving a knife before where somebody's been injured? |
| 628 | | |
| 629 | A: | Yes. |
| 630 | | |

HAY000682



631  Q:   And what are some of those injuries that you've seen?
632

633  A:   Multiple stabbings throughout the - throughout my career. I've been a police
634       officer for 11 years. Um, so, you know, I've seen firsthand the destructive
635       damage that a knife, you know, inflicted knife wounds can do, so like so, you
636       know, obviously I was concerned about that aspect.
637

638  Q:   You ever seen a knife or an edged weapon cause somebody's death?
639

640  A:   Yes.
641

642  Q:   Um, any great bodily injuries caused by a knife or edged weapon?
643

644  A:   Yes.
645

646  Q:   You noted, um, either as you were responding or rather as you're arriving that
647       Sergeant DeCosta and Officer Wooley are putting out that they're flagged
648       down. Could you just describe for us what you meant by that?
649

650  A:   Sure. Uh, basically a citizen, um, waved them down and said, "Hey, here's
651       where the guy is," here's what - I don't know exactly what the circumstance
652       was 'cause I can't speak on behalf of them, but I remember, um, them
653       updating on the radio that they were being flagged down, basically stating that
654       some citizen was bringing to their attention that the threat was within close
655       proximity to them.
656

657  Q:   And you noted that, um, from there you drove northbound on O'Neil, and
658       that's right off - from Orchard, is that correct?
659

660  A:   Yes.
661

662  Q:   That you were going down?
663

664  A:   Yes.
665

666  Q:   And then you pass a, uh, police car that's parked. Do you know whose police
667       car that was that you passed?
668

669  A:   I don't know definitively. I - if I were, um, just kind of looking back at the
670       situation I would say it was probably Sergeant DeCosta's.
671

672  Q:   But you're not sure of that?
673

674  A:   Right.
675

| 676 | Q: | Is that correct? |
| 677 | | |
| 678 | A: | I don't - yeah, I don't know 100% it was Sergeant now. Seems reasonable that |
| 679 | | it would be her car. |
| 680 | | |
| 681 | Q: | And then, uh, you know that you passed a second car which you believed was |
| 682 | | Officer Wooley's, is that correct? |
| 683 | | |
| 684 | A: | That's correct. |
| 685 | | |
| 686 | Q: | How did you position your patrol unit in comparison to Officer Wooley's? |
| 687 | | |
| 688 | A: | Uh, slightly off behind him, um, to his right side, uh, but, uh, parked behind |
| 689 | | him and I stopped right in the middle of the street. |
| 690 | | |
| 691 | Q: | And at what point do you activate the, uh, driver's side spotlight that you |
| 692 | | referenced earlier? |
| 693 | | |
| 694 | A: | Um, it was on Orchard and O'Neil, right at the corner there, as I pulled on |
| 695 | | scene. |
| 696 | | |
| 697 | Q: | So your spotlight's on as you're driving up the street? |
| 698 | | |
| 699 | A: | Yes. |
| 700 | | |
| 701 | Q: | I'll show you a map. Um, so this is a Google Map image. Um, the top of the |
| 702 | | paper is kind of northbound in the city, bottom is south. Um, as you'll see, |
| 703 | | um, kind of in the middle here is O'Neil Avenue running kind of, uh, |
| 704 | | northwest, southeast. |
| 705 | | |
| 706 | A: | Okay. |
| 707 | | |
| 708 | Q: | Um, off to the east of that is Mission Boulevard. Um, at the very bottom is, |
| 709 | | uh, Orchard. Do you recognize that area of town? |
| 710 | | |
| 711 | A: | I do. |
| 712 | | |
| 713 | Q: | Okay. Can you take, uh, this red marker here and just indicate with an X |
| 714 | | where you stop your patrol vehicle? |
| 715 | | |
| 716 | A: | It seems to me it was mid-block somewhere. |
| 717 | | |
| 718 | Q: | Okay. And, um, I'll show you a second map image. This is a closer up image |
| 719 | | of, uh, the same, but again, um, the top of the paper is, uh, heading north, |
| 720 | | bottom's facing south. This is O'Neil in the middle. Um, off to the east you'll |

| | | |
|---|---|---|
| 721<br>722<br>723 | | see a bunch of cars. Do you recognize the cars off to the east side of the picture here? |
| 724<br>725 | A: | That's a dealership, car dealership. |
| 726<br>727<br>728 | Q: | Okay. Um, in the very middle there is two diamonds in the, um, middle. I believe that's a speed bump. |
| 729<br>730 | A: | I know... |
| 731<br>732 | Q: | Do you recognize that? |
| 733<br>734 | A: | Um, I recognize it from the picture. I don't recall the speed bump... |
| 735<br>736 | Q: | Okay. |
| 737<br>738 | A: | ...here having anything to do with this particular case. |
| 739<br>740<br>741 | Q: | Okay. Uh, when you look at this kind of zoomed in picture, does that help kind of refresh your recollection as to where you parked your patrol vehicle? |
| 742<br>743<br>744<br>745 | A: | Not really, I mean I'm very familiar with O'Neil, but I mean I can tell you everything about O'Neil from - based on memory, but it just - I don't remember exactly where in proximity on this looking at this picture. |
| 746<br>747<br>748<br>749<br>750 | Q: | Okay. Understandable. So what I'm gonna do is I'm gonna go back to this first picture where you indicated the X. Uh, can you just kind of indicate on there where, uh, with maybe a - a square, where, um, Officer Wooley's vehicle is in relation to yours? |
| 751<br>752<br>753 | A: | Sure. So I'm the X, Officer Wooley's car would have been, um, uh, like directly right in front of me. |
| 754<br>755<br>756<br>757<br>758 | Q: | Okay. So you noted, um, that you arrived on scene, you stopped, um, to the right of and behind Officer Wooley's vehicle and you get out. Um, what is kind of the first thing that your attention is drawn to when you exit your vehicle? |
| 759<br>760<br>761<br>762<br>763<br>764<br>765 | A: | First thing I - I'm - I'm drawn to is that there's kind of this - this general sense of chaos going on. Uh, there's people, um, I hear - I don't hear what they're saying in pic- particular but I hear people kind of like frantic, and then I see this - this gentleman coming after Officer Wooley with something, you know, with his hands out and matched the description of what we're getting sent out there to look for. And, um, then, you know, that's, uh, that's just kind of some of the overall - it was kind of a sense of chaos when we got on the scene |

HAY000685

| | | |
|---|---|---|
| 766 | | quick. |
| 767 | | |
| 768 | Q: | So you described the - you described the people as frantic. What about them |
| 769 | | was frantic? Were they yelling or screaming, or were they crying? What were |
| 770 | | they doing that made you believe they were frantic as you referenced? |
| 771 | | |
| 772 | A: | Just they were, um, there were people just kind of just milling about the area |
| 773 | | that, you know, based on, you know, normal standards that a lot of people |
| 774 | | aren't gonna be out on the street at 9 - 9 o'clock at night, you know, and there |
| 775 | | was - it seemed like there was a - a pretty good crowd as, uh, there was |
| 776 | | something that made - made people come out, and there was just this kind of |
| 777 | | just general sense of like people talking loud, um, you know, just - just kind of |
| 778 | | like big curious - curiosity as well. You just - I don't know, I don't know how |
| 779 | | to say it, just - just seemed like - like an abnormal situation. People were just |
| 780 | | kind of, um, uptight. |
| 781 | | |
| 782 | Q: | Okay. So you described that you walked to the front of Officer Wooley's car, |
| 783 | | and then, um, I think you said that you saw the suspect? |
| 784 | | |
| 785 | A: | Correct. |
| 786 | | |
| 787 | Q: | Okay. What about him made you realize that this is the suspect or the person |
| 788 | | that you're responding to this call for? |
| 789 | | |
| 790 | A: | Um, because I heard Officer Wooley giving commands, uh, and then I saw |
| 791 | | him, and he matched the description, um, of the - of the detail and, uh... |
| 792 | | |
| 793 | Q: | What about him matched the description? |
| 794 | | |
| 795 | A: | He had a black and white Pendleton on. Uh, he was a Hispanic male. Um, and |
| 796 | | heavyset. He just - it was very obvious to me that he was, um, the person that |
| 797 | | was armed with a knife, and especially since he was - I have - I heard Officer |
| 798 | | Wooley say, "Hey, he's - he's - he's got the knife in his hand," and, ah, |
| 799 | | something to that effect and he was walking, um, not obeying any commands |
| 800 | | that Officer Wooley was giving him, and he was walking with purpose, uh, |
| 801 | | that I know from my training and experience was, um, indicative to me that he |
| 802 | | was a - a very viable threat at that point to Officer Wooley. |
| 803 | | |
| 804 | Q: | So, um, as you walk around the front of Officer Wooley's car, uh, how far is |
| 805 | | the suspect from you, first? |
| 806 | | |
| 807 | A: | From me? Uh, 10, 15 feet. |
| 808 | | |
| 809 | Q: | And how far is the suspect from Officer Wooley? |
| 810 | | |

| | | |
|---|---|---|
| 811 | A: | Probably the same distance. |
| 812 | | |
| 813 | Q: | So I know that you said you're hearing Officer Wooley give commands. What |
| 814 | | are the specific commands that you remember hearing? |
| 815 | | |
| 816 | A: | Uh, "Drop the knife," something along those lines. He was giving him, uh, |
| 817 | | commands to put - put the weapon down and, uh, and then I - I heard - after |
| 818 | | that I heard Officer Wooley say "He's got the knife, um, he's got the knife," |
| 819 | | and so that was the things I heard. |
| 820 | | |
| 821 | Q: | Okay. Now when you are hearing Officer Wooley give these commands, do |
| 822 | | you see anything in the suspect's hands? |
| 823 | | |
| 824 | A: | I saw his hand out and walking, um, at Officer Wooley, but I - I couldn't - I |
| 825 | | didn't specifically see something in his hands at that particular, but I saw it |
| 826 | | that he had his hands extended towards Officer Wooley. |
| 827 | | |
| 828 | Q: | So you're - for the audio you're, um, kind of - you've got your hands together |
| 829 | | and you're kind of extended, pushed out away from your body? |
| 830 | | |
| 831 | A: | Correct. |
| 832 | | |
| 833 | Q: | And are his hands pointed towards Officer Wooley? |
| 834 | | |
| 835 | A: | Yes. |
| 836 | | |
| 837 | Q: | Okay. Now with his hands pointed out towards Officer Wooley, what is he |
| 838 | | doing from there? |
| 839 | | |
| 840 | A: | From there he's walking, um, with just, uh, the only way I can describe it, he |
| 841 | | had this like blank stare on his face where he just - you can tell he did not care |
| 842 | | about - he wasn't gonna follow instructions. It seemed to me that he had a |
| 843 | | purpose, and his purpose was very simply to walk towards Officer Wooley |
| 844 | | and - and harm him or harm himself as a result of walking towards Officer |
| 845 | | Wooley. |
| 846 | | |
| 847 | Q: | Is he saying anything at any point? |
| 848 | | |
| 849 | A: | I did not hear anything at, uh, from - from him at the time. |
| 850 | | |
| 851 | Q: | Do you hear anyone else out on the street say anything? |
| 852 | | |
| 853 | A: | I was - I - I wasn't - I didn't hear anybody at that time. There may have been |
| 854 | | but I don't recall. |
| 855 | | |

HAY000687

| 856 | Q: | Okay. Your - so your mindset as you're going around the front of the car and |
| 857 | | Officer Wooley is shouting his commands though, is that this person's armed |
| 858 | | and he's advancing on Officer Wooley, is that correct? |
| 859 | | |
| 860 | A: | That's correct, sir. |
| 861 | | |
| 862 | Q: | At what point do you draw your firearm? |
| 863 | | |
| 864 | A: | Uh, as soon as I see him advancing on Officer Wooley, I - I unholstered and, |
| 865 | | um... |
| 866 | | |
| 867 | Q: | As you're drawing your firearm and you're - are you walking towards the |
| 868 | | subject at this point or are you stopped? |
| 869 | | |
| 870 | A: | I had stopped at, uh, on the passenger's side of Officer Wooley's car but at the |
| 871 | | front of the hood. |
| 872 | | |
| 873 | Q: | Are you giving any type of commands or... |
| 874 | | |
| 875 | A: | Uh, no, I didn't, but can I backtrack a minute? |
| 876 | | |
| 877 | Q: | Ab- absolutely. |
| 878 | | |
| 879 | A: | I just thought of something in regards to the speed bumps, uh, now that you |
| 880 | | mention it. |
| 881 | | |
| 882 | Q: | Okay. |
| 883 | | |
| 884 | A: | Uh, it was directly on the speed bumps because I remember, uh - uh, marking |
| 885 | | my shell casings with an FI card and they were in-between two speed bumps, |
| 886 | | so - so in now, looking back, looking at it, um, at that picture, it was directly |
| 887 | | on the speed bumps. |
| 888 | | |
| 889 | Q: | Okay. So if I show you the second picture... |
| 890 | | |
| 891 | A: | Yeah. |
| 892 | | |
| 893 | Q: | ...the speed bumps that you reference you're actually on top of those speed |
| 894 | | bumps? |
| 895 | | |
| 896 | Q1: | Turn it around. |
| 897 | | |
| 898 | Q: | Oh, thank you. |
| 899 | | |
| 900 | A: | Sorry, I didn't mean to interrupt but... |

HAY000688

901
902  Q:      No, that's actually fine.
903
904  A:      But, uh, it just total - it made, uh, my memory come back.
905
906  Q:      Okay. So you draw your firearm, you stop at the, um, on the passenger side at
907           the front of the hood. Do you feel at this point in time that you had any other
908           force options available to you?
909
910  A:      No, no. It was very quickly, um, evolving. Um, there was absolutely no time
911           to, um, do anything other than deliver rounds to protect what I felt was Officer
912           Wooley's life.
913
914  Q:      So your mindset is that you're protecting the life of Officer Wooley at this
915           point in time?
916
917  A:      100%.
918
919  Q:      Do you fear for your own safety at any point?
920
921  A:      Um, not - I didn't directly feel like I was like the target, per se, but there was
922           always that outlying thing in your mind that, hey, this could eventually very
923           quickly come in my direction, but at the time it was - it was literally just
924           because I - I felt Officer Wooley's life was in danger.
925
926  Q:      Where are the other people that you described, um, earlier in relation to where
927           this is taking place?
928
929  A:      Um, there's people gathered out on the sidewalk to, uh, to my left, Officer
930           Wooley's left.
931
932  Q:      All right. So they're away from this su-subject though that you're contacting
933           or that Officer Wooley is engaged with?
934
935  A:      Yes.
936
937  Q:      Okay. Did the subject ever turn to you at any point or make any type of either
938           verbal or eye contact with you?
939
940  A:      No.
941
942  Q:      So it's at this point you fire your - or discharge your firearm, is that correct?
943
944  A:      That's correct.
945

HAY000689

| 946<br>947 | Q: | Okay. How many rounds do you believe you fired? |
|---|---|---|
| 948<br>949 | A: | Uh, I know for certain two, um, possibly a third. |
| 950<br>951 | Q: | As you're firing these rounds, are you assessing? |
| 952<br>953 | A: | Assessing? |
| 954<br>955<br>956 | Q: | What's going on or what's - what's the - as you're firing the rounds, were you assessing what the, uh, suspect is doing? |
| 957<br>958 | A: | Yes. |
| 959<br>960<br>961 | Q: | Okay. Can you describe that as you're firing these rounds what happens with the subject? |
| 962<br>963 | / | |
| 964<br>965<br>966<br>967<br>968 | A: | Sure. Um, as I'm delivering my rounds, um, I'm making sure that the suspect, that the rounds are being delivered effectively so that the stop - the threat is being stopped, and it appeared that after the rounds were delivered, that it did the intended purpose, it stopped the threat. |
| 969<br>970<br>971 | Q: | And how are you made aware that the - or how are - how do you feel that the threat is stopped? What - what - what happens that makes you believe that? |
| 972<br>973<br>974 | A: | He stopped his advance and he - he eventually fell to the floor - the ground rather. |
| 975<br>976<br>977 | Q: | As this is kind of transpired, are you aware that Officer Wooley is firing, or do you believe that Officer Wooley fired during this incident? |
| 978<br>979 | A: | Yes. |
| 980<br>981 | Q: | Is anyone else on scene with you at this point in time? |
| 982<br>983<br>984 | A: | Just Sergeant DeCosta, but I - like I said earlier I don't remember where she was at proximity to us at the time but I knew she was there. |
| 985<br>986<br>987 | Q: | But as far as you're aware at this point in time, as you're engaging the subject, it is just you and Officer Wooley? |
| 988<br>989 | A: | Correct. |
| 990 | Q: | So after you fire your rounds and, uh, the subject has fell - or fallen to the |

HAY000690



Case 4:19-cv-00697-DMR   Document 73-13   Filed 06/18/20   Page 24 of 42

INTERVIEW WITH OFC. MICHAEL CLARK
Interviewer: Det. Robert Purnell
11-18-18/3:09 pm
Case # 2018-94542
Page 23

| | | |
|---|---|---|
| 991 | | ground, what happens after that? |
| 992 | | |
| 993 | A: | At that point I, uh, I looked over to - to make sure that Officer Wooley was |
| 994 | | okay, um, and then I - I told him that, uh, I was gonna go and I was gonna go |
| 995 | | to the suspect, I was gonna put handcuffs. |
| 996 | | |
| 997 | Q: | And what was your intention in placing him in handcuffs or what - what were |
| 998 | | you thinking as to why you would handcuff the subject? |
| 999 | | |
| 1000 | A: | Um, it - it's just something that I was trained to do and it was twofold, it was - |
| 1001 | | that's what I was trained to do, um, in fact in my beginning years of policing, |
| 1002 | | and then also I just wanted to make sure that that - that was no - he was no |
| 1003 | | longer a threat if I had his hands accounted for, so to speak in handcuffs, then |
| 1004 | | - then there was actually no option of, you know, retrieving the knife and so |
| 1005 | | on. |
| 1006 | | |
| 1007 | Q: | Do you handcuff by yourself or is somebody else with you at this point? |
| 1008 | | |
| 1009 | A: | Um, I go - I advance and - and then I start to handcuff him by myself initially |
| 1010 | | and then Officer Gillett showed up within seconds and assisted me. |
| 1011 | | |
| 1012 | Q: | What happens after you handcuff him? |
| 1013 | | |
| 1014 | A: | Um, after I handcuff him, I stepped away. I kind of went and checked on Phil, |
| 1015 | | um, made sure everything was okay with Officer Wooley and then, uh, um, |
| 1016 | | kind of just took a step back. Um, I helped to some degree with monitoring |
| 1017 | | traffic and people who were coming out, telling people to turn away. The - |
| 1018 | | there's people right, you know, that were in the area that I was asking to step |
| 1019 | | away from the scene, um, until I was relieved of my duties. |
| 1020 | | |
| 1021 | Q: | When you say you checked Officer Wooley, did you actually have a |
| 1022 | | conversation about what had just transpired? |
| 1023 | | |
| 1024 | A: | Um, not in detail, just, uh, just I general, "Hey, are you okay?" You know. |
| 1025 | | "Are you good?" He's like, "Yeah, are you okay?" I said, "Yeah," and then, |
| 1026 | | uh, basically, um, it was - it was pretty clear as to what happened. There was |
| 1027 | | no reason to talk about it per se. |
| 1028 | | |
| 1029 | Q: | Um, are you aware that Officer Gillett did anything after handcuffing... |
| 1030 | | |
| 1031 | A: | Yeah, he just... |
| 1032 | | |
| 1033 | Q: | ...or assisting you with handcuffing? |
| 1034 | | |
| 1035 | A: | He was, um, uh, doing like - he was provided medical care to him to some |

| 1036 | | degree, as best he could. |
|------|------|------|
| 1037 | | |
| 1038 | Q: | Do you know if medical assistance was summoned or are you aware... |
| 1039 | | |
| 1040 | A: | Yes, I remember Officer Wooley asking for, uh, to start Fire and the |
| 1041 | | ambulance. |
| 1042 | | |
| 1043 | Q: | Did you have any conversations with anyone besides Officer Wooley about |
| 1044 | | what had happened at the scene? |
| 1045 | | |
| 1046 | A: | Um, no, no. I, uh, talked to Sergeant (Vonnegut), he came and checked on us. |
| 1047 | | Uh, he asked the - the basic questions that any supervisor does, uh, what I was |
| 1048 | | involved, roughly how many rounds were delivered, which direction, and then |
| 1049 | | at that point I was assigned to, uh, Officer Whites who escorted me back to |
| 1050 | | the police department. |
| 1051 | | |
| 1052 | Q: | The questions that Sergeant (Vonnegut) asked you, have you ever ref- ah, |
| 1053 | | heard them referred to as public safety questions? |
| 1054 | | |
| 1055 | A: | Yes. |
| 1056 | | |
| 1057 | Q: | Is that essentially what he did? |
| 1058 | | |
| 1059 | A: | Yes, 100%. |
| 1060 | | |
| 1061 | Q: | Now I noted that - or, uh, you noted earlier that you placed, uh, index cards or |
| 1062 | | something over your casings? |
| 1063 | | |
| 1064 | A: | Yes. |
| 1065 | | |
| 1066 | Q: | Okay. |
| 1067 | | |
| 1068 | A: | Um... |
| 1069 | | |
| 1070 | Q: | When did you do that? |
| 1071 | | |
| 1072 | A: | Within a few minutes of the scene, um, two to three minutes. |
| 1073 | | |
| 1074 | Q: | And you said you placed two index cards? You had located two casings? |
| 1075 | | |
| 1076 | A: | Yes, and they were, uh, directly - if you're looking at this picture, trying to get |
| 1077 | | reference through there, they were, uh, in between the, uh, I guess the flat |
| 1078 | | portion of the - in-between the two speed bumps basically so the lower - the |
| 1079 | | actual part of the street, not the raised part of the speed bumps. |
| 1080 | | |

HAY000692

| | | |
|---|---|---|
| 1081<br>1082 | Q: | Um, when you handcuffed the - the suspect, um, did you get a look at him? |
| 1083<br>1084<br>1085<br>1086 | A: | Um, just vaguely. I - I - I looked at his, uh, I noticed that he was - he was Hispanic, heavyset, you know, um, probably I would say, based on looking at him, um, probably mid-30s. |
| 1087<br>1088<br>1089 | Q: | Did you recognize that person as someone that you'd ever had contact with before? |
| 1090<br>1091 | A: | No. |
| 1092<br>1093 | Q: | Do you recognize the name Agustin Gonsalez? |
| 1094<br>1095 | A: | No, I don't. |
| 1096<br>1097<br>1098 | Q: | I'm gonna show you a photograph. It is a little old, but do you recognize the person in that photograph? |
| 1099<br>1100 | A: | No, I've never seen him before. |
| 1101<br>1102<br>1103<br>1104<br>1105 | Q: | Can you just indicate that you do not recognize the person on there and sign it for me, please. And then if you can date it as 11/18/18. Thank you. Um, are you aware of any, uh, knives or - or other weapons that were recovered at the scene or... |
| 1106<br>1107 | A: | Yeah, there was a... |
| 1108<br>1109 | Q: | ...(unintelligible) the scene? |
| 1110<br>1111 | A: | ...there was a box cutter that was directly underneath him and then... |
| 1112<br>1113 | Q: | You actually physically saw that? |
| 1114<br>1115 | A: | Yes. |
| 1116<br>1117 | Q: | And that was, um, underneath his body you said? |
| 1118<br>1119 | A: | Correct. |
| 1120<br>1121 | Q: | You said you rolled him over. What was the purpose of rolling him over? |
| 1122<br>1123<br>1124<br>1125 | A: | Um, well he was in a - a position where he was lying on his side and so I couldn't - his - his hand was underneath him on his right side so I rolled him over so I can basically get his - his right hand free so I could continue to handcuff him. |

Case 4:19-cv-00697-DMR   Document 73-13   Filed 06/18/20   Page 27 of 42

INTERVIEW WITH OFC. MICHAEL CLARK
Interviewer: Det. Robert Purnell
11-18-18/3:09 pm
Case # 2018-94542
Page 26

1126
1127 Q: Okay. I'm gonna show you a photograph. It's a crime scene photograph. Do
1128 you recognize the object in that photograph?
1129
1130 A: Uh, it's a little - it looks like a razor blade.
1131
1132 Q: Okay. Do you recognize that razor blade from the scene?
1133
1134 A: No.
1135
1136 Q: Okay. Anything further?
1137
1138 Q1: Yeah, so, um, going back to the original call type, do you recall, was it given a
1139 designation either via Penal Code section or a typed code radio section?
1140
1141 A: I want to say it was a 417, Penal Code section 417.
1142
1143 Q1: And what is that?
1144
1145 A: Brandishing a weapon.
1146
1147 Q1: So in your mind, once you're dispatched to this event, you are responding to a
1148 criminal event?
1149
1150 A: Yes, sir.
1151
1152 Q1: And what was your - I know you kind of touched on it, and again, what was
1153 your mindset as you received updates on - responding to this call, did that
1154 change your mindset as far as tactics go or once you arrived on the scene?
1155
1156 A: Yes. Um, just because of the fact that it was - it was just continuing, it was
1157 just - that the - the problem never solved itself or ceased prior to my arrival, so
1158 at that point I'm thinking, okay, we really do have a - a credible threat here,
1159 and so, um, obviously you - you start thinking of the proper protection for
1160 yourself, for the citizens, for, you know, your - your partners, and not
1161 necessarily in that order, but generally just - you start thinking of, um, if this is
1162 a threat, what do you do to eliminate this threat, you know, uh, to stop the
1163 threat, to, you know, uh, one way or another, so...
1164
1165 Q1: What was the mention of the weapon used in this incident?
1166
1167 A: A knife.
1168
1169 Q1: Was it ever described as anything other than a knife?
1170

| 1171 | A: | I don't recall. |

1173 Q1: And based on your training and experience, uh, we talked about are you familiar with what kind of injuries one could sustain, uh, assaulted with a knife or an edged object, correct?

1177 A: Correct.

1179 Q1: Um, did you use your spotlight to illuminate the suspect?

1181 A: Uh, my spotlight was on. Um, I - I can't rem- I - I don't recall if it was - if I pointed it directly at him, I think it was just on.

1184 Q1: And my understanding is that you ran up the passenger side of Officer Wooley's vehicle?

1187 A: Yes.

1189 Q1: Uh, so it - were you able to see the suspect the entire time or what - at what point were you able to actually physically see the suspect?

1192 A: Uh, as soon as I exited my car I saw him, uh, coming at Officer Wooley, so that's when I approached the front of from his car, um, which was only a few feet away from my - from my door basically.

1196 Q1: So did you ever lose sight of the suspect?

1198 A: No.

1200 Q1: Okay. Um, was he illuminated, the suspect?

1202 A: Yes, by headlights.

1204 Q1: Of?

1206 A: A police car.

1208 Q1: Do you recall whose car?

1210 A: Um, both of ours.

1212 Q1: Okay. Uh, going to, you know, um, you said there was like people, frantic. Do you recall where those people were at?

1215 A: Uh, on the sidewalks. Um, uh, within close proximity, I'd say probably

| | | |
|---|---|---|
| 1216 | | within, you know, uh, within the first two, three houses, people in the general |
| 1217 | | area. They had kind of gathered around - from what it looked like to me when |
| 1218 | | I got on scene, that the suspect was - had been out there for a while and that he |
| 1219 | | drew a crowd of some sort... |
| 1220 | | |
| 1221 | Q1: | Okay. |
| 1222 | | |
| 1223 | A: | ...so, um, it appeared that that - they were out there as a result of something |
| 1224 | | that happened prior, you know, that he generated a crowd somehow or |
| 1225 | | another. |
| 1226 | | |
| 1227 | Q1: | Do you believe that these people that came out were at risk? |
| 1228 | | |
| 1229 | A: | Oh, yes. |
| 1230 | | |
| 1231 | Q1: | Now you say based on training and experience, um, he walked with a |
| 1232 | | purpose? |
| 1233 | | |
| 1234 | A: | Yes. |
| 1235 | | |
| 1236 | Q1: | Have you ever heard the term of what's called a pre-assault indicator? |
| 1237 | | |
| 1238 | A: | Yes. |
| 1239 | | |
| 1240 | Q1: | Would this fall under that? |
| 1241 | | |
| 1242 | A: | Yes, it would. |
| 1243 | | |
| 1244 | Q1: | And you originally said he was about 10 to 15 feet away from both you and |
| 1245 | | Officer Wooley? |
| 1246 | | |
| 1247 | A: | Yes. |
| 1248 | | |
| 1249 | Q1: | Um, at what point in time was the distance between when the, um, rounds |
| 1250 | | were being fired? Did he advance inside that 10 to 15 feet? |
| 1251 | | |
| 1252 | A: | He was already - he was, uh, he was already with-within the 10 to 15 feet |
| 1253 | | when the rounds were being fired. |
| 1254 | | |
| 1255 | Q1: | Okay. And you made mention that his hands were extended out in front of |
| 1256 | | him? |
| 1257 | | |
| 1258 | A: | Correct. |
| 1259 | | |
| 1260 | Q1: | Can you tell me, based on your training and experience, how you interpreted |

HAY000696

| | | |
|---|---|---|
| 1261 | | that? |
| 1262 | | |
| 1263 | A: | I interpreted that as he had something in his hands in which he was walking |
| 1264 | | towards Officer Wooley with the - with the intent to - to harm him. That's |
| 1265 | | how I perceived it. |
| 1266 | | |
| 1267 | Q1: | Okay. Okay. That's all I've got. |
| 1268 | | |
| 1269 | Q: | All right. We're gonna take a break and we're gonna pause the interview at - |
| 1270 | | it's 1605. All right. Restarting the interview at 1611 hours. Uh, Officer Clark, |
| 1271 | | just a couple more questions. Um, in addition to the spotlight, did you use any |
| 1272 | | other artificial lighting such as a flashlight? |
| 1273 | | |
| 1274 | A: | Yes, I did. |
| 1275 | | |
| 1276 | Q: | Okay. Can you describe, uh, how that went with your flashlight, were you |
| 1277 | | holding it? |
| 1278 | | |
| 1279 | A: | Um, I used - I had my flashlight, I think I utilized it after this incident, so it |
| 1280 | | was to, uh, check the scene, and (unintelligible) the stuff afterwards. |
| 1281 | | |
| 1282 | Q: | Okay. Was it actually in your hand while your firearm was deployed at the |
| 1283 | | time that you fired? |
| 1284 | | |
| 1285 | A: | I don't - I don't think so, no. |
| 1286 | | |
| 1287 | Q: | Okay. I don't have anything further. Do you have anything? |
| 1288 | | |
| 1289 | Q1: | I have nothing. |
| 1290 | | |
| 1291 | Q: | Okay. District Attorney's Office? |
| 1292 | | |
| 1293 | Q3: | Uh, yeah. The body-worn camera again, um, you said you activated it? |
| 1294 | | |
| 1295 | A: | Correct. |
| 1296 | | |
| 1297 | Q3: | And did you have a chance to review it? |
| 1298 | | |
| 1299 | A: | Yes, I did. |
| 1300 | | |
| 1301 | Q3: | The footage? And when did you do that? |
| 1302 | | |
| 1303 | A: | This, uh, this afternoon. |
| 1304 | | |
| 1305 | Q3: | And did you review that between the time of the incident and before this |

| 1306 | | interview this afternoon, at any point? |
|---|---|---|
| 1307 | | |
| 1308 | A: | No, this is the first I saw it. |
| 1309 | | |
| 1310 | Q3: | Okay. And you - you said when you got out of the vehicle, that Officer |
| 1311 | | Wooley had something to the effect of "Drop the knife" and "He's got the |
| 1312 | | knife", is that correct? |
| 1313 | | |
| 1314 | A: | Yes. |
| 1315 | | |
| 1316 | Q3: | Do you know who he's directing that to or if anybody? |
| 1317 | | |
| 1318 | A: | To the suspect that was, uh, to the suspect. |
| 1319 | | |
| 1320 | Q3: | So he's saying to the suspect "Drop the knife"? |
| 1321 | | |
| 1322 | A: | Yes, sir. |
| 1323 | | |
| 1324 | Q3: | But what about when he said "He's got the knife"? |
| 1325 | | |
| 1326 | A: | He was saying that to me and Sergeant DeCosta to let us be aware of the |
| 1327 | | situation. |
| 1328 | | |
| 1329 | Q3: | All right. And you mentioned that Officer Wooley had discharged his service |
| 1330 | | pistol, correct? |
| 1331 | | |
| 1332 | A: | Yes, yes, sir. |
| 1333 | | |
| 1334 | Q3: | And, um, was that before, after or right about the same time that you |
| 1335 | | discharged yours? |
| 1336 | | |
| 1337 | A: | Right about the same time. |
| 1338 | | |
| 1339 | Q3: | At about the same time? Did you see him shooting or you just heard? |
| 1340 | | |
| 1341 | A: | No, I just heard. |
| 1342 | | |
| 1343 | Q3: | And so my understanding is when you got out of the car, the su- the suspect |
| 1344 | | was about 10 or 15 feet from you and also from Officer Wooley, correct? |
| 1345 | | |
| 1346 | A: | Yes, sir. |
| 1347 | | |
| 1348 | Q3: | At the time that you discharged your, uh, service pistol, how far was the |
| 1349 | | suspect from Officer Wooley? |
| 1350 | | |

| 1351 | A: | Uh, 10, 15, 10 ten feet I'd say, 10, 15 feet, somewhere around there? |
| 1352 | | |
| 1353 | Q3: | So he had moved from a distance of 10 to 15 feet to about 10 feet, so about |
| 1354 | | five feet? |
| 1355 | | |
| 1356 | A: | No, no. He was - he was within 10 to 15 feet, uh, from Officer Wooley, uh, |
| 1357 | | when - when we delivered the rounds. |
| 1358 | | |
| 1359 | Q3: | Okay. Let me just - so it's clear in my mind. |
| 1360 | | |
| 1361 | A: | Yeah. |
| 1362 | | |
| 1363 | Q3: | So when you first got out, the suspect was about 10 to 15 feet from - between |
| 1364 | | Wooley and the suspect, correct? |
| 1365 | | |
| 1366 | A: | He's probably closer to 20 feet or so and then he's walk - he's walking in. |
| 1367 | | |
| 1368 | Q3: | Okay. |
| 1369 | | |
| 1370 | A: | So, sorry. |
| 1371 | | |
| 1372 | Q3: | So he's - he was moving... |
| 1373 | | |
| 1374 | A: | He was moving... |
| 1375 | | |
| 1376 | Q3: | ...forward... |
| 1377 | | |
| 1378 | A: | ...forward... |
| 1379 | | |
| 1380 | Q3: | ...and he has moved forward approximately five feet when you discharged |
| 1381 | | your... |
| 1382 | | |
| 1383 | A: | Approximately 10 - 10 en feet from, um, he was approximately 10 feet from |
| 1384 | | Officer Wooley when I discharged my service weapon. |
| 1385 | | |
| 1386 | Q3: | Okay. So from a distance of about 20 feet, he moved there approximately 10 |
| 1387 | | feet, correct? |
| 1388 | | |
| 1389 | A: | Correct. |
| 1390 | | |
| 1391 | Q3: | And at the time you discharged your service pistol, he's about 10, 15... |
| 1392 | | |
| 1393 | A: | From Officer Wooley. |
| 1394 | | |
| 1395 | Q3: | All approximation? |

HAY000699

1396
1397    A:          Yes.
1398
1399    Q3:         Did the suspect say anything while he was advancing towards Officer
1400                Wooley?
1401
1402    A:          Uh, if he did I didn't hear anything.
1403
1404    Q3:         Did he make any sounds or anything like that?
1405
1406    A:          Not that I recall.
1407
1408    Q3:         So there.
1409
1410    Q:          Okay.
1411
1412    Q4:         So I just want to go back, um, just to when you arrive on the street. As I
1413                understand it, you're going down the street, you pass a patrol car. You're not
1414                sure whose patrol car that is, is that right?
1415
1416    A:          Correct.
1417
1418    Q4:         And was that parked on the driver's side or the passenger's side of your car?
1419
1420    A:          Uh, it was on the, uh, it was on my driver's side.
1421
1422    Q4:         Okay. All right. So you continue down past that, you don't see anyone else at
1423                that point except for up in front of you?
1424
1425    A:          Correct.
1426
1427    Q4:         Okay. So you continue forward, um, and then I think you told us that you
1428                stopped behind the next patrol car?
1429
1430    A:          Yes.
1431
1432    Q4:         And that patrol car, was that Wooley's patrol car?
1433
1434    A:          I'm assuming so.
1435
1436    Q4:         Okay. That's where Wooley was though?
1437
1438    A:          Yeah.
1439
1440    Q4:         Okay.

| | | |
|---|---|---|
| 1441 | | |
| 1442 | A: | It seems very likely that - I mean, uh, without specifically seeing him in the |
| 1443 | | car I would say... |
| 1444 | | |
| 1445 | Q4: | Yeah. |
| 1446 | | |
| 1447 | A: | ...that for all intents and purposes, it's very clear that would have been Officer |
| 1448 | | Wooley's car. |
| 1449 | | |
| 1450 | Q4: | Okay. When you stop, I believe you told us that you offset your vehicle? |
| 1451 | | |
| 1452 | A: | Uh, I didn't offset. I just kind - I - I - when I say offset, I - basically Officer |
| 1453 | | Wooley was here, I was right here. So I stopped in the middle of the road. |
| 1454 | | Officer Wooley was kind of off to the left. |
| 1455 | | |
| 1456 | Q4: | Okay. So you're to - you would be closer to his - what is that, the right rear |
| 1457 | | quarter panel of Officer Wooley where he stopped? |
| 1458 | | |
| 1459 | A: | Yes, sir. |
| 1460 | | |
| 1461 | Q4: | Okay. |
| 1462 | | |
| 1463 | Q: | For the audio, Officer Clark's indicated with his hands, uh, left hand is out |
| 1464 | | and his right hand is directly behind and to the right. |
| 1465 | | |
| 1466 | Q4: | Okay. And you're both driving the SUVs, is that correct? |
| 1467 | | |
| 1468 | A: | Yes, sir. |
| 1469 | | |
| 1470 | Q4: | Okay. You get out of your car, I'm assuming on the driver's side of course. |
| 1471 | | |
| 1472 | A: | You're right. |
| 1473 | | |
| 1474 | Q4: | You weren't climbing all over? Okay, so you got out your car. When you |
| 1475 | | open your door, are you directly behind Wooley's car now? |
| 1476 | | |
| 1477 | A: | Yes. |
| 1478 | | |
| 1479 | Q4: | Okay. And it's from that position you're able to see the subject? |
| 1480 | | |
| 1481 | A: | Yes, sir. |
| 1482 | | |
| 1483 | Q4: | Okay. And were you looking through the - your window, over it... |
| 1484 | | |
| 1485 | A: | I - I - I can see over the - I can see over the hood of the car, of - of the - his |

HAY000701

| | | |
|---|---|---|
| 1486 | | car, the suspect approaching. |
| 1487 | | |
| 1488 | Q4: | Okay. So are you at the hood or are you at the rear of the vehicle? |
| 1489 | | |
| 1490 | A: | I can see - I - I can see him from both angles, so basically I originally saw him |
| 1491 | | as I exited my car, which would have been closer to the rear of Officer |
| 1492 | | Wooley's car. |
| 1493 | | |
| 1494 | Q4: | Okay. |
| 1495 | | |
| 1496 | A: | But I can still see him coming, and then as I approach to, you know, what is it, |
| 1497 | | the distance from the - the - the rear of a car to the front of the car, uh, to the |
| 1498 | | door portion of the - the hood, um, a few feet so, uh, but then I could see him |
| 1499 | | clearly 'cause I never lost sight of him. |
| 1500 | | |
| 1501 | Q4: | Okay. So you're looking over the top of the vehicle is what I'm trying to get |
| 1502 | | at? |
| 1503 | | |
| 1504 | A: | Yes, sir. |
| 1505 | | |
| 1506 | Q4: | Okay. So you - you look over the top of the vehicle. Wooley then is on the |
| 1507 | | opposite side of where you're headed to, is that correct? 'Cause you're going |
| 1508 | | to the driver's side - I mean the passenger's side? |
| 1509 | | |
| 1510 | A: | Correct. |
| 1511 | | |
| 1512 | Q4: | All right. You can see him the entire time, the subject, you can see him the |
| 1513 | | entire time? |
| 1514 | | |
| 1515 | A: | Yes, sir. |
| 1516 | | |
| 1517 | Q4: | Okay. Now, at some point you said that you heard Wooley say something to |
| 1518 | | the effect of "Drop the knife, he's got a knife," or some - some words to the |
| 1519 | | nature of that. I didn't write it down verbatim what he said. |
| 1520 | | |
| 1521 | A: | Yes, yes. |
| 1522 | | |
| 1523 | Q4: | Okay. Where in relationship to Wooley's vehicle were you when you heard |
| 1524 | | that? |
| 1525 | | |
| 1526 | A: | Um, I was right - I would say right at his passenger door. |
| 1527 | | |
| 1528 | Q4: | Okay. All right, so you've gotten as far as the passenger door. Do you |
| 1529 | | continue forward from the passenger door? |
| 1530 | | |

| 1531 | A: | Just a matter of, you know, inches really at that point. |
| 1532 | | |
| 1533 | Q4: | Okay, okay. Are you... |
| 1534 | | |
| 1535 | A: | I used the car as a, uh, kind of a barrier between, uh, myself and the subject |
| 1536 | | and within earshot of Officer Wooley. |
| 1537 | | |
| 1538 | Q4: | Okay. |
| 1539 | | |
| 1540 | A: | So it was kind of a - without making a conscious decision to use that as a |
| 1541 | | tactical advantage, it was - that was in my thinking, it was like I was gonna |
| 1542 | | use that car as a buffer between us in case he turned on me, if that's something |
| 1543 | | - if that makes sense. |
| 1544 | | |
| 1545 | Q4: | Yes. And as you're there, um, had Wooley begun to fire at that point? |
| 1546 | | |
| 1547 | A: | I'm sorry, say that again. |
| 1548 | | |
| 1549 | Q4: | Once you got to this area that you described as maybe in inches in front of the |
| 1550 | | driver's door, after you heard Wooley say something to the effect of "He's got |
| 1551 | | the knife," had Wooley fired at that point? |
| 1552 | | |
| 1553 | A: | No. |
| 1554 | | |
| 1555 | Q4: | Okay. So you're in this location that we both described there. Um, do you |
| 1556 | | hear Wooley, uh, well does Wooley say anything else while you're there at |
| 1557 | | that point? |
| 1558 | | |
| 1559 | A: | Just what I told you, I don't recall... |
| 1560 | | |
| 1561 | Q4: | Okay. Did he say "Drop the knife" again or anything like that? |
| 1562 | | |
| 1563 | A: | Um, yeah, he gave him repeated commands, you know. |
| 1564 | | |
| 1565 | Q4: | Okay. Was he giving repeated commands the entire time that you were at that |
| 1566 | | location you described as inches, uh, in front of that, uh, passenger door? |
| 1567 | | |
| 1568 | A: | Yes, until there was no other option, um, and the incident happened, so... |
| 1569 | | |
| 1570 | Q4: | Okay. And then you - you said if I remember correctly, you said you heard |
| 1571 | | Wooley fire as well? |
| 1572 | | |
| 1573 | A: | Correct. |
| 1574 | | |
| 1575 | Q4: | Okay. And you fired at some point as well? |

| 1576 | | |
|---|---|---|
| 1577 | A: | Yes, sir. |
| 1578 | | |
| 1579 | Q4: | Okay. Um, and you said it was like two, possibly three shots? |
| 1580 | | |
| 1581 | A: | Yes. |
| 1582 | | |
| 1583 | Q4: | Okay. When you fired, um, describe the subject - now I know that based on |
| 1584 | | our conversation here, he's approximately 10 feet from Wooley. But describe |
| 1585 | | what you're seeing when you fired your weapon. |
| 1586 | | |
| 1587 | A: | Uh, what I'm seeing after I fired my weapon is that, uh... |
| 1588 | | |
| 1589 | Q4: | I'm sorry, hang - hang on for one second. |
| 1590 | | |
| 1591 | A: | Sure. |
| 1592 | | |
| 1593 | Q4: | You said describe what I'm seeing after. Uh, I'm asking you to describe what |
| 1594 | | you're seeing as you're firing your weapon. |
| 1595 | | |
| 1596 | A: | Oh, as I'm firing my weapon? He's - he's coming after Officer Wooley, um, |
| 1597 | | without, uh, with - with his hands extended in what I believe was in a way that |
| 1598 | | was going to harm Officer Wooley. |
| 1599 | | |
| 1600 | Q4: | Okay. Were both hands extended? |
| 1601 | | |
| 1602 | A: | He had his hands like this I believe, something along those lines. |
| 1603 | | |
| 1604 | Q4: | Okay. And by this he's - you've got... |
| 1605 | | |
| 1606 | A: | Forward out with my hand cupping my - my right hand. |
| 1607 | | |
| 1608 | Q4: | Okay. All right. At that point could you see anything in his hands? |
| 1609 | | |
| 1610 | A: | I did not, no, I couldn't. |
| 1611 | | |
| 1612 | Q4: | Okay. So you fired one, two, possibly a third time. What happens with the |
| 1613 | | subject at that point? |
| 1614 | | |
| 1615 | A: | At that point, um, he no longer was advancing at Officer Wooley, and... |
| 1616 | | |
| 1617 | Q4: | Okay. |
| 1618 | | |
| 1619 | A: | ...he eventually fell to the floor. |
| 1620 | | |

HAY000704

| | | |
|---|---|---|
| 1621<br>1622<br>1623 | Q4: | Okay. When you initially fired, was he moving towards Officer Wooley or had he stopped at that point? |
| 1624<br>1625 | A: | No, he was still going towards Officer Wooley... |
| 1626<br>1627 | Q4: | Okay. |
| 1628<br>1629 | A: | ...when I fired at him. |
| 1630<br>1631 | Q4: | Okay. So it's not until after you fired that you saw him actually stop? |
| 1632<br>1633 | A: | Yes, sir. |
| 1634<br>1635 | Q4: | And that - and then he fell to the floor? |
| 1636<br>1637 | A: | That's correct. |
| 1638<br>1639<br>1640 | Q4: | Okay. Now you also told us that you, um, he gets handcuffed, and you and another officer handcuffed him? |
| 1641<br>1642 | A: | Yes, Officer Gillett. |
| 1643<br>1644 | Q4: | Gillett? Okay, got it. And you said you saw the box cutter under him? |
| 1645<br>1646 | A: | Yes. |
| 1647<br>1648 | Q4: | Could you describe the box cutter? |
| 1649<br>1650 | A: | It looked like a standard like metal, um, grayish metal box cutter. |
| 1651<br>1652 | Q4: | Okay. Approximately how long or... |
| 1653<br>1654 | A: | Just a standard like, you know, four inches or something. |
| 1655<br>1656 | Q4: | Okay. Did you see anything else under him at that point? |
| 1657<br>1658 | A: | I wasn't looking, no, I didn't see anything. |
| 1659<br>1660 | Q4: | Okay. Okay. You didn't search him or anything like that, right? |
| 1661<br>1662 | A: | No, sir. |
| 1663<br>1664<br>1665 | Q4: | As you were going to the location before you actually arrived on the scene, had you received any information that anyone had been harmed or stabbed or anything like that? |

| | | |
|---|---|---|
| 1666 | | |
| 1667 | A: | Um, I don't recall, um... |
| 1668 | | |
| 1669 | Q4: | Okay. |
| 1670 | | |
| 1671 | A: | ...hearing. I'm not saying that that - that wasn't, I just don't recall hearing that. |
| 1672 | | |
| 1673 | Q4: | Okay. |
| 1674 | | |
| 1675 | A: | I do remember, um, I believe, if I recall, um, correctly, was the argument was |
| 1676 | | - had something to do with a boyfriend and girlfriend, but that - I don't know |
| 1677 | | the type of or rem- remember the details. |
| 1678 | | |
| 1679 | Q4: | Okay, okay. Thank you. Caesar, you got anything else? |
| 1680 | | |
| 1681 | Q3: | Just one, uh, backdrop. What was your backdrop? |
| 1682 | | |
| 1683 | A: | Uh, it was, uh, I had a big white van, um, that I got up front - the engine |
| 1684 | | block, uh, pointed directly towards Officer Wooley. Um, and I was kind of |
| 1685 | | diagonal to it so I had - I would have essentially had the engine block and the |
| 1686 | | side of the van as a backdrop. |
| 1687 | | |
| 1688 | Q3: | That's all I had. |
| 1689 | | |
| 1690 | Q: | Before I turn it over to Mr. Stern, um, did you move your vehicle after the |
| 1691 | | incident? |
| 1692 | | |
| 1693 | A: | No. |
| 1694 | | |
| 1695 | Q: | Okay. |
| 1696 | | |
| 1697 | A: | I did not. |
| 1698 | | |
| 1699 | Q: | And, um, you noted that, uh, Officer Wooley said "He's got the knife," to you |
| 1700 | | and what you believe was Sergeant DeCosta. Was that radio traffic or are you |
| 1701 | | actually hearing him say this? |
| 1702 | | |
| 1703 | A: | Uh, I'm actually hearing him say it, but I - I don't know. He might have had |
| 1704 | | his hand on the mic and doing it at the same time. I don't recall if it came out |
| 1705 | | of my radio, but I definitely heard him saying, it seemed to me that it was |
| 1706 | | more of just kind of letting us know but it's very possible that he could have |
| 1707 | | been broadcasting on the radio 'cause he had remarkable radio, uh, etiquette |
| 1708 | | control in that whole situation so it's very possible that he could have done |
| 1709 | | both, so... |
| 1710 | | |

HAY000706

| 1711 | Q: | Okay. Do you recall hearing anything else on the radio as the incident's kind |
| 1712 | | of unfolding from either, uh, Officer Wooley or Sergeant DeCosta? |
| 1713 | | |
| 1714 | A: | No. |
| 1715 | | |
| 1716 | Q: | Okay. Uh, Mr. Stern? |
| 1717 | | |
| 1718 | Q2: | Sure. Um, at what point do you turn on your body-worn camera? |
| 1719 | | |
| 1720 | A: | Um, right after the - the shooting. |
| 1721 | | |
| 1722 | Q2: | Uh, why at that point and not earlier? |
| 1723 | | |
| 1724 | A: | Um, the reason why is because the way the shifts are designed is that when |
| 1725 | | you work graveyards, you're not primary for, um, uh, paper and - and being |
| 1726 | | the, uh, primary officer for incidents or anything that goes on in the city 'til 9 |
| 1727 | | o'clock. Um, based on the air quality, we were kind of told to - to hunker |
| 1728 | | down and not do a whole lot of pro-activity outside of our car 'cause of the air |
| 1729 | | quality, so that's why I was underneath Review, and I just hadn't turned it on |
| 1730 | | for the day yet, uh, or turned - or clicked it, so when I got on the scene it just |
| 1731 | | happened so quickly that I didn't have time to click it on until right after - |
| 1732 | | once I felt that it was - I was in a safe environment, then I activated it, but... |
| 1733 | | |
| 1734 | Q2: | Okay. I don't have any other questions. Thank you, gentlemen. |
| 1735 | | |
| 1736 | Q1: | Thank you. |
| 1737 | | |
| 1738 | Q: | All right. Is there any other questions before we, uh, conclude? |
| 1739 | | |
| 1740 | Q2: | You want him to sign that? |
| 1741 | | |
| 1742 | Q: | I do. |
| 1743 | | |
| 1744 | Q2: | Sure. |
| 1745 | | |
| 1746 | Q: | Um, Officer Clark, if you can take that red marker again - you can indicate a |
| 1747 | | number 1 on this picture. This is the Google Map, and it's just further out. So |
| 1748 | | if you can just indicate number 1, sign your name and date it, and again, |
| 1749 | | 11/18/2018. All right. As you take the second Google Map and it's indicated - |
| 1750 | | if you can indicate number 2, sign your name and date it, and again, |
| 1751 | | 11/18/2018. You already had to do that with the photograph, but I'm gonna, |
| 1752 | | um, have you sign and date the photograph that we showed you of the razor |
| 1753 | | blade. |
| 1754 | | |
| 1755 | A: | Number 3? |

| 1756 | | |
|---|---|---|
| 1757 | Q: | Uh, no, you can just sign and date that one on the (unintelligible). |
| 1758 | | |
| 1759 | Q1: | Anywhere along the... |
| 1760 | | |
| 1761 | A: | Sure. |
| 1762 | | |
| 1763 | Q1: | Anywhere along the bottom you can initial... |
| 1764 | | |
| 1765 | A: | Okay. |
| 1766 | | |
| 1767 | Q1: | ...it's visible. |
| 1768 | | |
| 1769 | A: | Date it? |
| 1770 | | |
| 1771 | Q1: | Please. |
| 1772 | | |
| 1773 | Q: | If you would, 11/18/18. Officer Clark, is there anything that you think we |
| 1774 | | should know about that we haven't covered during this interview? |
| 1775 | | |
| 1776 | A: | No, sir. |
| 1777 | | |
| 1778 | Q4: | How t- how all are you? |
| 1779 | | |
| 1780 | A: | Me? |
| 1781 | | |
| 1782 | Q4: | Yeah. |
| 1783 | | |
| 1784 | A: | 5'9" and change. |
| 1785 | | |
| 1786 | Q4: | Thank you. |
| 1787 | | |
| 1788 | Q: | Okay. Uh, Officer Clark, I appreciate your time and we're gonna conclude the |
| 1789 | | interview at 1627 hours. |
| 1790 | | |
| 1791 | Q4: | I like that, 5'9" and change. |
| 1792 | | |
| 1793 | A: | I try to give myself a little extra bump, you know. |
| 1794 | | |
| 1795 | Q: | Okay. |
| 1796 | | |
| 1797 | A: | (Unintelligible) man that way. |
| 1798 | | |
| 1799 | | |
| 1800 | The transcript has been reviewed with the audio recording submitted and it is an accurate |

HAY000708

1801    transcription.
1802    Signed_____

HAY000709